SCANN[ ].t
and Emailed
3/27/19 @ 70 pages
Date    Initials  No.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

### PRO SE PRISONER CIVIL RIGHTS
### AMENDED COMPLAINT

Use this form to make corrections to your complaint.  For example, you may need to change the list of
defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are
amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that
you do not include any claims or defendants that the Court has dismissed.

CASE NO. 3:19CV413 (VLB)

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Jossean Crispin

_____

_____

VS.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If you do not know a name, write
AJohn Doe@ or AJane Doe.@ Include the defendant=s rank or title and place of employment if you know it.]

A.P.R.N. Andrea Reischerl, L.P.C. William J. Longo, Warden Nick Rodriquez,
PhD Leonard J. Santarsiero, Dave maiga, Elizabeth Tugie, Carlene Davis,
Cheryl Cepelak, Victoria A Kilbury, Shannon Dow, Angel Quiros,
Scott Semple, monica Rinaldy, Craig Purdy, Keith Lizon, Gregorio Robles,
Brian Jackson,

_____

_____

Rev. 7/30/08

Clerk's office
E-file: to Bridgeport LB District Court to District
to Dist Connecticut 915 Lafayette Boulevard
Bridgeport, C.T. 06604



Please complete every section and SIGN THE LAST PAGE

## A.   JURISDICTION

Because federal courts do not hear every kind of claim, you must identify the law that says the court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.   ___✓___ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2.   _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.   PLAINTIFF(S) (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   First Plaintiff

   a.   Full Name: Jossean Crispin

   b.   Inmate Number: 339978

   c.   Correctional facility: Macdougall-Walker, Corr, Inst

2.   Second Plaintiff

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

## C.   DEFENDANT(S) (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendant whom the Court has already dismissed from your case.

1.   First Defendant

   a.   Full Name: Andrea Reischerl

   b.   Rank or Title: A.P.R.N.

   c.   Workplace: Northern Corr Inst

2.   Second Defendant

   a.   Full Name: William J. longo

   b.   Rank or Title: L.P.C.

Rev. 7-7-15

2 of ②

b. ~~Rank or Title:~~

c. Workplace: N/A  ~~Conne~~ Transfered to different facilitr in DOC

2. Second Defendant
   a. Full Name: Nick Rodrigues
   b. Rank or Title: ~~Acting Deputy Commissioner~~ (Position Unnone)
   c. Workplace: Connecticut Department of Correction

3. Third Defendant
   a. Full Name: Leonard J. Santarsiero
   b. Rank or Title: PhD
   c. Workplace: Department of Correction in CT.

4. Fourth Defendant
   a. Full Name: Dave maiga
   b. Rank or Title: Administrative position not None
   c. Workplace: CT. Department of Correction's

5. Fifth Defendant
   a. Full Name: Elizebeth Tugie
   b. Rank or Title: Administrative Position not None
   c. Workplace: CT. Department of Correction's

6. Sixth Defendant
   a. Full Name: Carlene Davis
   b. Rank or Title: Counselor Supervisor
   c. Workplace: CT. Department of Correction

## D. REASON FOR COMPLAINT

**WARNING:  Contact Inmate Legal Aid Program.  Common mistakes can get your**
*Revised 4/13/18*

3 of 8



20. Twentieth - Defendant

a. Full name: Craig Purdy

b. Rank or Title Correctional Officer

c. Work Place C.T. Department of Correction

21. Twentfet twenty first - Defendant

a. Full name: Keith Lizon

b. Rank or Title: unnone to me

c. Work Place: CT. Depatment of Correction

22. Twenty Second - Defendant

a. Full name: Gregorio Robles

b. Rank or title: Captian

c. Work Place: C.T. Department of Correction

23. Twenty third - Defendant

a. Full name: Brian Jackson

b. Rank or Title: Captian

c. Work Place: CT. Department of Correction

④

7. Seventh Defendant
   a. full Name: Cheryl Cepelak

   b. Rank or title: Unone was Deputy Commissioner when Incident were reported
   c. Work place: Unone at this point

8. Eighth Defendant

   a. full Name: Victoria A Kilham

   b. Rank or Titl: R.N. / Nurse

   C. Work Place: CT. Departement of Correction

9. Ninth Defendant

   a. full name: Jane Doe

   b. Rank or Title: ~~Unknown~~ Correctional officer

   C. Work Place: Department of Correction in CT.

~~7~~ of ⑤

10. Tenth Defendant

   a. full name: Shannon Dow

   b. rank or Title: Counselor

   c. Work Place: C.T. Department of Correction

11. eleventh Defendant

   a. full name: John Doe

   b. rank or Title: Correctional officer

   c. Work Place: C.T. Department of Correction

12. twelfth Defendant

   a. full name: Jane Doe

   b. rank or Title: Counselor

   c. Work Place: C.T. Department of Correction

5 of ⑥

13. Thirteenth Defendant

   a. Full name: Angel Quiros

   b. Rank or Title: Acting Deputy Commissioner

   c. Work Place: C.T. Department of correction

14. Fourteenth Defendant

   a. Full name: scott semple

   b. Rank or Title: No longer Commissioner of Department of correction therefor unone

   c. Work Place: Unone

15. Fifteenth Defendant

   a. Full name: Monica Rinaldi

   b. Rank or Title: Unone?

   c. Work Place: Unone "was" Deputy Commissioner an to time on the Incidents in claim

⑦

16. Sixteenth - Defendant

   a. Full name: Jane Doe

   b. Rank or title: R.N./Nurse

   c. Work Place: C.T. Department of Correction

17. Seventeenth - Defendant

   a. full name: John Doe

   b. Rank or Title: Lieutenant at the time position now - unknow

   c. Work Place: C.T. Department of Correction

18. eighteenth - Defendant

   a. Full name: John Doe

   b. Rank or title: Administrive Remedy Coordinator

   c. Work Place: C.T. Department of Correction

19. nineteenth - Defendant

   a. full name: John Doe

   b. Rank or Title: Lietenant at the time position unknow now

   c. Work Place: C.T. Department of Correction

Dok (8)

E.   REASON FOR COMPLAINT

WARNING: Certain inmate Legal Aid Program requires mistakes can let your case dismissed as frivolous, or for failure to state a good legal claim. If this happens, you will still have to pay filing fee. Even if you are proceeding in forma pauperis, please read the Inmate Legal Aid Program instructions carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago. If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved. You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages. You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in a loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See Heck v. Humphrey, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated. Remember that not every violation of state law or prison regulation is a violation of federal law. Write your injuries to tell the Court who did what, when they did it, and how you were injured.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person — for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Rev. 10-5-15

Date: 3/22/19      Name: Jossean Crispin

Attatchment (E) Reason For Complaint
Page: 1 of 9

Upon my Readmission to the (Department of Correction/C.D.O.C.) I was "Imediately" (Discriminated against and targeted) For being Charged with a "Sexaul Offense" by the administration an multiple employees at every Level.

Upon Readmission on (1/10/2018) I was placed on a mental Health which by the Court's order in "Hartford Correctional Center" I was housed awaiting Transfer to (Garner, Corr, Inst.) after a few days I was transfered on (1/12/2018) to (Garner, corr, Inst) upon a Few days Later on (1/16/18) I was placed on C-Block in while the on (1/16/18) I went to try an Get Soap and Other needs met at (Counselor: Hakin) office when walking into her office she asked me what I'm in for I expressed that my Attorney adviced me to talk to "NO One" about my Case asked is my wife on my visiting List she Said yes but I'm removing her I asked why she (Counselor-Hakin) refused to Give me a reason.

Later that Same Day she (Counslor-Hakin) pulls me back out telling that (Detective Dorman) wants to See me,—

⑩  (See NeXT Page)

Attatchment (E) Reason For Complaint
Page: 2 of 9

out the Blue then she tried to have me
sign a paper saying if I want my wife
and mother of my son on my list to sign it
as I read it (upside-Down) it said on this form
that I want to remove my wife off my list
permanently. I Refused to sign but it became
(C.D.O.C.) was Targeting me to assist the
Police to isiolate me to build a case because
my wife was my Key Witness, I Imediately
made verbal complaint asking to have removed
away from me or me From her and filed "Remedy"
the next Day (1/17/18) the same counselor came to
my cell telling my wife and son can't when there is no
Protective order against my son or wife when she did this
I Imediately started Breaking Down mentally to
the point I was crying unControlably and tried
asking to speak to mental Health Staffing
needing Imediate Intervetion she refused me
this treatment to torment me farther sending
a complete mental Break Down that then
told (C/o Giffen) to Give me a Ticket also
right in front of my face for no reason falsely
Claim I made threat but I was talking to
the voices try to fight it because she refused
mental Health treatment —
⑪    (See Nex Page)

Attachment (E) Reason For Complaint
Page: 3 of 9

At the end I ended being placed on a
Suicide Watch or the mental torment
soon after this Incident I was
kicked out because I filed (Inmate-
Remedy's) on everything abusively Done by
that Jollbyedby (Counselor Hakin) and (Doctor-
CartHeart) by falsely clearing me off
a Suicide Watch to Give me Ticket's falsely
Just under 24-Hour to meet the time Frame
For (C.D.O.C.) clearing what (C.D.O.C.) tells
her (Doctor: CartHeart) Instead of what right
For the patient's treatment.

After (Garner, Corr, Inst) kicked out for
filing complaint I request that the (Vidoe of -
the Hand Held Camcorder be saved) to prove how
mental unstable I was and I the thing's I was
Saying that Lead to me becoming unstable to
prove that my verbal Complaint on "video"
Support this written Complaint on this
Claim.
Instead (Counselor Hakin) and
(Coptian: Capellaro) refused To save it do
To the Level of Incrimination and Destoried
the Evidence
⑫   (See next Page)

Attatchment (E) Reason For Complaint
Page: 4 of 9

The systemic abuse only Intensified upon
my transfer Back to (Hartford, Corr Center)
I was placed in by myself Do to mental
Health Illness as I Decompensated I reach out
to mental Health and had to see a nurse while
being escorted by a (Correctional Officer: Fortin)
he became verbally abusive making sexaul comments
and calling a "child molester" while I Ignored him once
I reach the Nurse's Office I spoke to the Nurse
and express Issues of Decompesation Do to the
"length of lock Down" after Speak with the
nurse I request a Lieutenant because, Disagreed
with being Placed on a Suicide Watch because I wasn't
Suicidal to trying Relief Stress by verbaly venting I
was not hostile or aggresive Just Simply asked
for a Lieutenant which point out the Blue
(Correctional Officer/c/o: Fortin Picked me up in
the air and Slammed me on my head sending me
into a Seizure When I came to (c/o: Fortin)
was slamming my head against the Floor and the
nurse Press the (Body alarm) calling a false code that
Lead to me getting massed in the Face When I have
(asthma) and should be massed, after this assault I
received Do to my charges Discriminatively Targeted —

(13)        (See Next Page)

Attatchment (E) Reason For Complaint
page: 5 of 9

For being Charged with a (Sexaul Offense crime)
after this I was placed on a false suicide witch
to Deny the (State Trooper) to Interview after
I went to court with (Black & Blue eye's) and (Swellen-
Face) and my Attorney after seeing my face and
my request for him to call the state trooper's because
I was assaulted Do to my charge's which he did.
I was Refused to seeing to be Allowed to see the
State trooper under false claim of I'm on a (suicide-
which) that was used to (hide me and my wounds)
and then shipped around From facility to facility
while on a false suicide WAtch for over 30 Day's
and by then I was so (mentally Decompensated)
Do to the mental abuse, assault, harassment and
Systemic abuse, to Deter me from complaining and
filing (Inmate Remedies) this mental Decompensation
Lead to my Placement at (Connecticut Vally Hospital/
C.V.H.) all this Lead to my inability to be able to
file my (Inmate Remedy's) Timely

# My (Attorney at the Christopher D. Eddy)
The State Trooper he contacted is
(Trooper Sutherland From Troop-H)

(14)

Attachment (E) Reason For Complaint
Page: 6 of

Example of Statement of case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant Captain Smith to let me see the nurse. Defendant C/O Brian Smith told me that I could not see the nurse because I was told I am only "acting."
3. During the afternoon my foot became swollen and very painful.
4. At about 8 p.m. in the presence of my cellmate Bill Boggs, I told Defendant Defendant Jones once who was the shift supervisor, that I needed to see a doctor and asked him if he could look.
5. Defendant Lieutenant Jones told me it was okay to wait until morning to see the nurse until she said the new morning.
6. The next day, I could not get out of bed because my foot was swollen. Lieutenant Jones, I had to wait in the hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case   Upon Return to (C.D.O.C.) the abuse & Torment start soon
again by sexual!
1. On (5/9/18) I was assaulted by (Correctional officer Craig Purdy) Who told he would
mentally Break me for being a charged for sexual assault on this day this (C/O Purdy)
when I came out For Recreation Stated Showing yelling at me saying Hit me child molester
I was for unwanted touch as Define by law and Shoved my Hit Door Fram cutting Brow open,
assaulting Head trequently by Correctional officer throughout Rec and next Day refused
2. I wrote that same day DR's Tyone, Nick Rodriquez, Derrick molden, Carlene Davis,
These (CN-9601/Request Forms) were all but ignore and the mental abuse Increased to the point I
was Saving medication to Commit suicide and was caught trying and punished for worsening mental
Health because this (C/O Purdy) & (others) Continued to mental abuse me for almost (5-months) and these
acts continue while continues filed Complaint it increased and the Administration and the People
target repeatedly for being charged with sexual assault to the point the Correction was
Removed away from but Continued to Find way to mentaly abuse and my mental Health got worse
and worse, I Filed (Inmate Remedy's) on mental Health for doing nothing for my (mental Health) to
for the abuse that turned Continued sexual Health harassment on (7/9/18) when I wrote (Caption
4. Kreth Lizon that (Craig Purdy) on shake down came to my cell tell he's going to Erase my cell
again and Sexual Harass as he put til me down asking me IF my Wash cloth was my Cum because I
asked the Wideo of security camera's to be saved and nothing was Done so as to Cover up the
Incident and when so Caption Lizon wrote me back saying That Craig Purdy had Been
5. Spoken too over the Incident but (C/O Purdy) was continued to be near me to retaliate of
with he Did repeatly through (4-months) almost (5-months) trash my cell, sexually Harassing me
threaten when my Request was not answered about the Incident on (5/9/18) I File (Inmate-
Remedy) on (6/10/18) that was answered extremely late on (11/19/18) by this time I already
6. File my (Level-2 Appeal) Do to non Compliance of the Grievance Process I filed a (Level-3 Appeal)
Do to non Compliance as well my Level-2 was filed on (7/30/18) the my Level-3 on (9-17-18)
Both Ignored by (A.R.C/Administrative Remedy Coordinator: Schild) on (9/5/8) I filed a
7. Ignate Remedy for the Continued "mental abuse" harassment, Sexual Harassment
and threats to be Given false Tickets and setup with outside charges Soon after this Complaint
I was Target by The Administration as the systemic abuse continued to Increase
Where I was told by the warden I'm being Placed on as Administrative not to try fighting
8. it I became extremely mental unstable and started Saving medication to over dose do to the
extreme nature of mental abuse and turture that has Gone on for months I
became hopeless to the point I Broke Down crying to mental Health this happened on
(10/9/18)
9. Soon After this the mental abuse & turture Continued by (Craig Pearcely) by calling
a Snitch or rat through out my segregation time telling me do I want a Ticket,
or threating to kill or beat me again and again Say he's going make my Prison time
10. hell and That how I feel as I write this Suit because Soon after all this he gave me
Two false Ticket and he bragged about this was happen between the Date of (9/19/18) &
(9/27/18) on these Dates I asked for the Video's to Show this actions and was refused video
(See next Page)   Deleted

Rev. 10-5-15

(15) Page 6 of 9



11. Do to the two false Tickets I filed a (Grievance/Inmate Remedy) that same day on (9/27/18) Showing clear Retaliation for my Complaints and the length of it and explained this in my (Remedy)

12. On the (9/28/18) I stopped (Lt./Lieutenant: Lindsey) whom Know's the History of abuse between me and (c/o Purdy) and Level of Systemic I have been put through as a us against them Herd mentality by the Administration of which he knows but refuses to

13. Put it on paper when I addressed this Issue of two false Tickets he express it Presents a separation Issue.

14. On (9/29/18) (Lt./Lieutenant: Vallere) I asked to check if this seperation is on writing as he as well Knows the level of systemic abuse I have put through do to my charges and the Level of mental Torture, express nothing is in writing & it must be

15. through word of mouth, they was on 2nd shift. On (9/29/18) on 1st I spoke to (Lt. Lieutenant: Roberts) who express that do to the Documented history that (Craig-Purdy) Should have been near me to even Give me any

16. Tickets. on (10/1/18) I spoke to (Captain: Robles) and expressed the Incident on (9/27/18) of false

17. Ticket, he smiled at me and Said I can I believe you didn't make threats, at this point I asked Does he know the history between me & (c/o Craig Purdy) he expressed he did know and then stated the Tickets are Probably B.S. (Bull Shit) and Regardless of

18. my witness that heard and saw the Continued abuse I was subjected to while on his Prison Block, Robles express/state a Inmate's word ain't shit to a (c/o Correctional officer, Completely Ignoring the Death of the matter.

19. Soon after these Incidents (Correctional Officer: Craig Purdy) removed off the Prison Imediately and never saw him again. Do to this I request by (F.O.I.A) that the video of Variant vision by Saved

20. From (9/14/18) up to (9/27/18) to prove that at time (C/o Purdy) would come Directly to my cell and only my (cell-107) to threaten and mentaly abuse me and turmoint me and also requested that the same be done From (9/27/18) up to (10/16/18) that will Show Soon after Both false Tickets (c/o Purdy) removed off the

21. Prison Block all out. I was refused by (Captain: Jackson) Clearly trying to Do Damage control and hide these facts. And This notice notice from

22. Captain Jackson was Received on (10/24/18) well be and any chance to Save it as by then it would be (Deleted/Recorded over) Destorying Evidence when I made Two Attempt to have this video Saved

23. Soon after this I received a notice why (Warden Nick Rodriguez) was Requesting my placement on (A.S./Administrative Segregation) on this notice the (reasons) use for my Placement were the (Two false Ticket's) from (c/o Craig Purdy) and

24. (1) ticket I received that is the reason brought to (Segregation/S.H.U.) of which was The fighting Ticket was (thrown out/Dismissed) by the Administration under

25. (Self-Defense) the othe "reason" (because I was being Charged with Sexaul assault) Showing why I was (Really) being (mentaly turture and Turment for month's) to the point I tried to Kill myself multiple Times

26. When I received this notice of (Reasons For Hearing) For (Administrative segregation) I chose (Counselor: Skrbi Sti) as my (Advisor) and From (10/30/18) all the way

27. up to the Hearing Day of (11/7/18) to have my (Advisor/representative) Submit all my (Evidence) Prior to the Hearing who (refused) over & over to (submit) any of

28. my (Evidence) to add (color & substance) to my (arguement & Defense)

29. On the Day of my Hearing on (11/7/18) (I asked) for a (Continuance) Do to this Issue with my (Advisor: Counselor) who is In charge and responsable

30. For pickup and (Evidence or Statement) to Submitt it it Prior to hearing,—

(16) Page 7 of 9   (See next Page)

31. When I Express this to (Elizebeth Tugie) (Counselor supervisor) She Gave me an Attitude and (refused my request) of a (Continuance) telling no such thing is (optionable) for (Administrative Segregation Hearing) and if

32. I Don't like it She can Conduct the Hearing without me, and anything I want to Provide I can Provide it after by (fax) through the (Advisor-Counselor: Skrbiski) Whom even after the hearing did not

33. allow me to fax anything over, and on (11/8/18) I wrote a (Request-Form/CW9601) addressing this Issue of which I handed to (her-Counselor: Shrbiski) and She answered and came back with minutes and Returned the request that I wrote soon after the hearing on

34. (11/7/18), (Now the Decision to Place me on Administrative-Segregation was Decided on" (11/8/18)

35. Giving not chance to Submitt any the because the Choice was made in Less then (24-Hours) as if (Pre Planned) as I was told by Warden Nick Rodriguez.

36. I Appealed this Decision on (11/17/18) of which by their own rule in the (Administrative Directive) a re-sponse it required by Rule (15-Days) If (2-13-19) while housed at (Walker Corr. Inst.),

37. my (Restrictive Status Notification of Decision) has "NO" (Specific Reason How OR Why The Conclusion") was made

38. to come up with the Decision to place me, was Given.

39. 

40. The (A.S.) Hearing was conduct (Impartial and unProfessional) The (Tone was clear and obvious) From the beginning "I was tex

41. Targetted for being "Charged with sexaul assault" one of the Reason for Placement is because I was being charged with "sexaul assault", and

42. to add I was placed on a Sex offender Registration form claiming I signed it ((When I never Did) then it's claimed I also

43. Signed a (Offender Accountability Plan") ((I never Did)) The

44. Tone is clear I have been Target From (5/9/18) For for up too

45. Present Time for being charged with (Sexaul assault) I been systemicly abuse, mentaly Turment to point I want Kill myself

46. this was Done by (Counselor: Shannon Daw) one of the females

47. Conducting the Hearing For my (Administrative Segregation) When I was never Who (filed) the (paper work) to (Place me) on the

48. (Sex offender Registery) When I was never Convicted of the Crime

49. of Sex assault Show (Prejudiced Bias and Discriminitive fashion—

Page: 8 of 9   See next Page

(17)

50. Of Targeting.

51. Prior to being Placed on (A.S./Administrative Segregation)
I have been mentaly Decompensating to point that Doctor's

52. Request I be sent (Garner, Corr, Insl) for Stabalization

53. Do to High Level of Decompensation Do for High Level of
Stress from (Solitary Confinement) and "systemic abuse," to
"mentaly torture" me, The Department of Correction's Refuse

54. to except the Doctor's assessment.
"When there is and was clear sign's of mental instability"

55. Since then I have had a number of mental Break Down
Do to Solitary Confinement (S.M.I./Serveremental Illness)

56. of "schizophrenia" that has Lead to uncontroled (Self Harm)
multiple Increases in medication

57. Forced Hospitalization which Is why I fear for my life
Do to (mental Illness) which Is why I fear for my life
last (A.S.—

58. I have all most killed my self multiple Time last (A.S.—
Administrative Segregaton) and record's will show I was remoed
unable to complete the S.H.U./Segregated Housing Unit Program)

59. Do to extreme Level of whichit effect my mental Health
I have written the Commissioner of Department of Correction

60. on all the way Down to counselors, about these on going Incident,
and I've had multiple problem with manipulation of the (Inmate-

61. Remedy Procedure) by (A.R.C./Administrative Remedy Coordinator-
Schold) to Deny access to the Court, intentionally fabricating

62. an avenue "avenue" as to get civil Lawsuit Dismissed by Back
Dateing document of The Remedy Procedure or Back dateing Remedys

63. to suit The Departmentof corrections and whenever I write on
(Inmate Remedy) on this he makes it Disappear and wont file it.

64. also I have made pass Request to sue Proof when z got assaulted by
why of saieng Security video and was refuse (10/24/18) by

65. (Caption Jackson) even at there was an Investigation and the video
of the Investigation was to be saved but was Destoried by (Captian—

66. Jackson) to hide multiple Incident, by (C.D.O.C.) employee's &
medical Staff, and mental Health Staffing, and had multiple Level

67. of "manipulation" of (medical/mental Health)"Inmate Remedy" by nurse vieyat(Northern

68. Corc, Insl.)

69.

Page: 9 of 9

(18)

If you need more space, attach additional pages, but do it as well as possible.

F. REQUEST FOR RELIEF

Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) If you cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good-time credits. For any of these, you must write a Writ of Habeas Corpus.

___(Seven Hundred thousand Dollars/700.000ºº)and___

___I'm suing in them in thier Individaul & official capacity___

___(See Attachment mark (F) Request for Relief)___

G. Do you wish to have a jury trial? Yes __✓__ No____

H. DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this, if you do not, it will be returned.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: __Jossean Crispin__

Signed at __Walker Corr Inst__ on __3-14-19__
__1153 East St. South)__        (Date)
__Suffield, CT. 06080__

If there are additional plaintiffs, attach another page, with the name and signature of each plaintiff on it. The complaint cannot be filed without a signature from each plaintiff.

(X9)

15 of 15

Rev. 10-5-15

(E) Request for Relief

(I Request a "preliminary Injunction")

(One) There is clear Signs that my rights were and being Violated, when Signs off mental Instability were obvious but Ignore even afte (Doctor: Leonard J. Santarsiero)

I notified a large number of the Defendant's of the Level of Decompensation mental and the fear I can become a risk myself & my life because of (Servere mental Illness of Schizophrenia) Combined with Solitary confinement exacerbates my mental Health and State of mind to an extreme and Doctor's have Said the same to the None mental Health Depart correction employee's on this Suit But who continue to Ignore them showing Deliberate Indefference to a know fact

Please caselaws as Reference Bradley V.S. Puckett, 157 F.3d 1022 (5th Cir. 1998) and Jones El V.S. Burge, 164 F. Supp. 2d 1096 (W.D. Wisc. 2001) and Estate of Cole by Pardue V.S. Fromm, 94 F. 3d. 254 (7th Cir. 1996)

Gregoire V.S. Class 236 F. 3d 413 (8th Cir. 2000)

Based of the fact I have only been off a suicide Which only (7-day) On (3/8/19) I am writing this on (3/14/19)

(TWo) I am a threat to myself while house in Solitary Confinement Do to servere mental Illness to continue in Solitary confinement is to put my life In Danger and that is a Greater harm then the Prison official's are facing in this Suit. and Do to these numerous facts and Documents inclosed Prove this, and will place me in Irreparable harm





(F) (I Request ~~Admirial damages~~ For Relief)

of filing fee, Postage, copy's of legal work,

(I also request Punitive Damages)

1) My Reason are simple I was in (A.S./Administrative Segregation) and was (removed) by ~~warden~~ (Angel Quiros) when he was (Warden) of (Northern, Corr, Inst) do to his acknowledgement that (A.S.) was (exacerbating my mental Health) after being Stuck on (A.S.) for 4 and a Half year's and is (Derrick molden) and (Scott simple) Brian Jackson, ~~Cor~~ Carlene Davis, were all aware of this from the past incident's of suicide, Cutting self, multiple Icident of mental Illness and all aware of it and being sent to (Garner.CI.) for treatment but later need more Intense treatment because of was to Discharge soon and Could be release mentally unstable and was Sent to (Connecticut Vally Hospital/C.V.H.)

2) I was Deliberately Target for being charged with ~~a~~ (Sexaul-Offense) From (5/9/18) by the Correctional officer and multiple People repeatedly and Place on (Administrative Segregation) for being charged with a (Sexaul Offense) then later was Placed to my under stand on the (Sexaul Offenders) regestery) and (Claimed I Signed acknowledgement when I never did.)

The it is also Claimed I Signed (Offender accountability plan) and ~~when~~ when I Did not sign that either and this was done by the (Counselor: Dow) who conduct the Hearing with (ms-Tugie) and my (Advisor couselor skrbiski) all female's That could not Remain Impartial and Professional) show the clear Tone of Bia, Discrimination and Targeting

I was not convict of a Sexaul Offense why was this Done to me I can see my (Son) because all this or get visits Do to this my family has Disowned me thinking something is not true

~~Docto Addres Ect~~

See Next Page

21)
16 of

(F) I Request Relief of

1) Nominal Damage's

2) Preliminary Injunction: To be Removed off of
Administrative Segregation to Prevent mental
Decompensation through Proceeding they

3) Compensatory Damage's: for being assaulted and mentaly
abused & Targeted "Biasly, Discriminatively For being Charge
with Sexaul asseult, and being Sexaul Harassed, Trashing my
Cell, Harassing me, I Request **$700.000.ºº**

4) Punitive Damage's: For "Destorying video Evidence knowing"
not once But on multiple Time" to hide the abuse, assault and conduct,
State in this suit, "manipulating" the (Grievance/Inmate Remedy) —
"Procedure" (subjecting) men to (mental abuse after knowing) under st
"Under-standing" the (adverse affect) on me mentaly

Because of the ("totality") Level of systemic abuse, and
Parties be notified by multiple party's on multiple time
and the (Lenghth/Length) of this abuse and the
False Placement on (Administrative Segregation) to
Pansh· me for my Complaints of abuse and to target me
for being charge for (Sexaul Assault) and Fabricating
Documents to Placeme.
I Request ($700.000.ºº)

and that the State not be allowed to o (Touch
or take any money Grant to if the Jury rule's in my
faver or settled out with parties Involved)

㉒
17oHHS

| CONFIDENTIAL | Inmate name: Jossean Crispin |  |
|---|---|---|
| (FOR OFFICIAL USE ONLY) | Inmate number: 339978 | Housing: Cell-103 |

**SECTION 4**   STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

(Previous action taken) I wrote a Request to "Warden Black" of (Hartford County Jail) with a (F.O.I.A./Freedom of Information Act) meaning I Sent Both a (FOIA) and a (Request form/CN-9601) Both concerning the (assault and Battery) on my person, Both inclosed and mailed in the Same envelope and I Don't understand Why my (F.O.I.A.) was answered but (Warden Black and Lictenant Rivera) whom Both already knew of this (assault and Battery) refused openly to acknowledge my (CN-9601) I wrote in Complaint for (assault and Battery) I Sustained by and from (Correctional Officer: Fortin) (and I'll be Sending a copy of (my CN-9601) **Inclosed with this Grievance form**)

(Issue)
I want the (Department of Correction) to stop covering up and hiding the (assault and battery) and to Stop Systematicly abusing me to retaliate for the (assault and Battery) on Date (1/27/2018) without provocation while trying to speak with the Nurse to express mental Health Concerns of Stress and Dealing with the stress of lock Down

(To Resolve)
I want to press charges for (assault and Battery) and I want (C DOC) (Connecticut Department of Correction) to stop manipulating and Systematicly abusing me and my rights Stop Interfering with my Legal actions and Please make sure my (reciept) is sent up recieving this Grievance form and Please Stop manipulating the Grievance Process

| Inmate signature: Jossean Crispin | Date: 5/15/2018 |
|---|---|

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5**   DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 7-19-18 | IGP #: 121-19-006 | T#: 121-19-498 |
|---|---|---|

| Disposition: Rejected | Date of Disposition: 08/16/18 |
|---|---|

Reason:

You filed a level one grievance regarding Staff Conduct. The incident in question occurred on 1/27/18 and the grievance was received on 7/19/18 which exceeds the 30 day filing time frame according to Administrative Directive 9.6 Section 6 (C): The grievance must be filed within 30 calendar days of the occurrence or discovery of the cause of the grievance. Therefore, your level one grievance is rejected.

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|

| Signature: | Date: 08/16/18 |
|---|---|

23   Inmate Recieved 9/4/18



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: N.C.I. - 3 - West

Housing unit: Cell - 103

Date: 9-4-18

IGP number: 121-19-006

T number: 121-19-498

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: Please see Attachment marked

NOTE
I have
Recieved
this Response late for my Level 1 Grievance which is a continued issue

(Appeal of Level 1 Decision To Level 2) NOTE
Attachment (Page 1 of 3) Note Date I Recieved
Date I recieved Response
is 8-31-18 Level one

Inmate signature: Jossean Crispin

Date: 9-4-18

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: RECEIVED OCT 31 18

Disposition: Rejected

Date of disposition: 11/20/18

Reasons:

You're appealing a Level 1 Grievance that was rejected regarding staff conduct. I concur with Warden Black's Level one response. The incident in question occurred on 1/1/27/18 and your Level one grievance was received by the Hartford ARC Coordinator on 7/19/18, well beyond the filing timeframe as indicated in A.D. 9.6 Inmate Administrative Remedies. Your Level 2 Appeal is rejected and is not considered exhausted; and does not meet the criteria to be reviewed at Level 3.

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3.

☐ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:

Date:

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received:

Disposition:

Date of disposition:

Reasons:

Level 3 reviewer:

(24)

Inmate Sign

Date: 9/4/2018          Page: 2 of 3

(Appeal of Level 1 Decision)
(To Level 2 - Attachment)

(I have Just Recieved my "Level 1 Grievance")
on (9/4/2018) Back-date to (8/16/18) this is a
Continued issue and problem Where (C.D.O.C)
Grievance Officer's Continuely use as a
method to Deny Grievance's and maniphlate
the Grievance Process and/or Refuse to answer
Request Form CN-9601 So they can make there own
excuse to fabricate the Denial of a (Level 1 Grievance)

And I am appealing the Level One Grievance
Disposition for the following Reason's

1.) (C.D.O.C) intentionally withheld asn answering my
Level 1 Grievance and returning it in a prompt manner
TO A.D-9.6 by returning Grievance on (9/4/18)...
2.) the Respondant Did not take into account the long
extended period I spent on a (false suicide watch)...
3.) The Respondant did not take into account that I
also was Placed in (Whiting fresic Hospital) as
well by Court order Soon after my (false suicide)
Placement of "(23) Days" @ that Started Soon
after I was assault by (C/o Fortin) on (1/27/2018)
(1-27-18) I was Placed on a (false Suicide watch) on (1/29/18)...

Date: 9/4/2018                    Page: 3 of 3

(Appeal of Level 1 Decision)
(To Level 2 - Attatchment)

4) I was intentionall Shipped around
Repeatedly So I wouldn't be able to file
a (Grievance/Complaint) for being assaulted

5) (C.D.O.C.) has Systematicly abused my
Right's to Due Process to Deny me a
Stable moment in on Place so I can have
the chance to file a Grievance

6) (C.D.O.C.) and (mental Health) and (medical)
Staffing Contrived together to Cover up
the fact I was assaulted by manipulating
Documents and fileing false report's that they
have continued to refuse me access too

IGP-# 121-19-006
T#-121-19-498

Inmate Signature: Jossean Crispin
                      #339978

26

Date: 9/6/18                    Page: 1 of 2

TO: Grievance Coordinator
Of Hartford County Jail

From: Jossean Crispin at
Northern Corr Inst

(NOTE The following is inClosed)

1) CN-9601 Request form concerning the
Assault on my Preson by (C/o Fortin)

2 The (Level (1) Grievance) that followed after I was
(Legally and Physically) able too, do to the
(Circumstances) as (it will explain) in my
(Level-2 Grievance) on the (1) "Attatchment" I'm
Sending inclosed with this (Letter)

3) A Copy of the Letter I sent that
were not acknowledge at all

(NOTE) There are Circumstances that are
Reasonable that interfered with my ability to
file thing timely like the time frame of Response
by (D.O.C) / Hospitalization's Both false one fasle
27) Hospitalization in (D.O.C) of (23-Day) and One at (C.V.H)
Hospital in middletown

Date: 9/6/18                                    Page: 2 of 2

(NOTE)

Following Reason's are I have had to wait
to be able to (make and Recieve copy's) of
my (Atempt's and Process) to be able to have
(proof of all my atempt)

And Also The Grievance coordinator
has taken (months) to respond promptly
therebre Interfering with my Process

And Refuse's to acknowledge the
(reasonable Circumstance's) outlining and
Interfering with my process for exsample
(2) Hospitalizations (1) One false Hospitalization
for around or about (2-3-Day) soon after
I was assaulted and (one at CT Vally Hospital)

(Issue's) with the counselor in 3-East
concerning trying to get request form and
Grievance which lead to my placement
in 3-west where I finally have had the chance
to file and (proceed in my Legal Process)

Notary Public: _Israel Ortiz_          Date: 9-11-18

Israel Ortiz
Notary Public-Connecticut
My Commission Expires
June 30, 2023

(28) Prisoner Sign. _____ Jessean Crispin Date: 9/11/18

Date: 4-10-18                    Page: 1 of 3

TO: Warden : Black of
      Hartford ~~Correctional~~
Connecticut correctional Center

From: Jossean Crispin at
      Northern Correctional facility

Inclosed in this Letter is a "copy" of
my (Request form/CN-9601) and a "Grievance"
concerning the following issues out lined
Below
        (full Incident Report)
On (1-27-18) on 2nd shift I was assaulted by (Correctional
Officer: Fortin) with "NO Provocation" what so ever.
This officer Stepped into with inches of my face
verbally abusing me... When I turned my head away
and ~~looked~~ over to his (CO-worker) and (Correctional officer)
Pleaing verbally for him to do something about (officer
Fortin") behaviour, At this moment with no Reason
or explanation (Correctional Officer: Fortin) "Slamed"
me on my head So hard I went into a seizure from
the Blunt force of the Impact, When I came too
this (Correctional Officer) was "Gripping "me" by my head"
(slamming my head repeatedly against the Floor)
as Correctional Officer's and Lieutenant's swarmed
Because a false Code Orange was called—
            (Continue on the Nex page)

(29)

# Full Incident Report

Date: 4-10-18                    Page: 2 of 3

By a "African American Nurse" around
the age or Between the age of (45 to 65) whom
refused to give me her name the next Day
telling I'm not going to write her up, When I asked
why did she call a false code...
Because on Top of being assaulted I was
Unnecessarily massed by two Lieutenant's in
the face with chemical agent and then placed
in Shackle's, Tether and chained to hand Cuffs
and refused medical Attention When I said
On Camera that my face is Bleeding I didn't
realize the cause Of this feeling was the swelling
rappedly Developping, the next Day they
Continued to refuse me medical Attention
Until I Refused to return my inhaller telling
both the Lieutenant and Nurse I am not going
to allow them to cover up this assault on me and
expressed to them that I have court and I'm
going to make sure that the State troopers are
called so after the next Day (Connecticut
Department of Correction) Use mental Health
Staffing to manipulate paper work and Contrive
to assist them so I was forcedly hidden on a
false Suicide while Repeatedly expressed
that there is no reason for this placement—

(Continue on next Page)

# Full Incident Report

Date: 4-10-18 ———————— Page: 3 of 3

I was continualy ignored and this was
Used meaning("this placement") was used to
"Deny" me the "right" to speak to the (state trooper)
who came to try to take my Report of the
assault and used to make me look as a
(unstable mental patient) having an episode
and soon after I was housed in (Garner Corr Inst)
on a continued false Suicide for about
"21"(Day's) this ~~contin~~ "Continued" while I
was "Ship around repeatedly" so I wouldn't be able
to make contact with anyone hardly and get word
out to(family or friend's) to the "point my mail" was
backed up for (3-month's)

The show's how far the (Department of correction)
is will to go to "hide" and cover up (Criminal behavior)
by the own employee's and how (D.O.C.)
(Contrive) by "Using and forcing" Both (mental +
Health and medical Staffing) to assist in coverup's

I Inclosed are The following stated **below**
1) copy of my first Atempt by way of (request form/CN-9601)

2) (Grievance form) with (Request form/CN-9601)

(31) Notary Sign: Heatley~~Roeece~~ Date: 7-10-18
Jossean Crispin                    Date: 7-10-18

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin.

Inmate number: 339978        Housing: Cell-103

**SECTION 4**     STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

(Previous action taken) I wrote a Request to "Warden Black" of (Hartford County Jail) with a (F.O.I.A./Freedom of Information Act) meaning I sent both a (FOIA) and a (Request form/CN-9601) Both concerning the (assault and Battery) on my person, Both inclosed and mailed in the same envelope and I Don't understand why my (F.O.I.A.) was answered but (Warden:Black and Lieutenant:Rivera) whom Both already knew of this (assault and Battery) refused openly to acknowledge my (CN-9601) I wrote in Complaint for (assault and Battery) I Sustained by and from (Correctional Officer:Fortin) (And I'll be sending a "Copy" of (my CN-9601) Inclosed with this Grievance form)

(Issue) I want the (Department of Correction) to stop covering up and hiding the (assault and battery) and to stop Systematicly abusing me to retaliate for the (assault and Battery) on Date (1/27/2018) without provocation while trying to speak with the Nurse to express mental Health Concerns of Stress and Dealing with the stress of lock Down

(To Resolve) I want to press charges for (assault and Battery) and I want (C DOC) (Connecticut Department of Correction) to stop manipulating and Systematicly abusing me and my rights stop Interfering with my Legal action's and Please make sure my (reciept) is sent up recieving this Grievance form and Please Stop manipulating the Grievance Process

Inmate signature: Jossean Crispin        Date: 5/15/2018

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5**     DECISION / OFFICIAL USE ONLY—DO NOT WRITE IN THE SPACE BELOW

Date Received: 7-19-18        IGP #: 121-19-006        T#: 121-19-498

Disposition:  Rejected        Date of Disposition: 08/16/18

Reason:

(AM) -You filed a level one grievance regarding Staff Conduct. The incident in question occurred on 1/27/18 and the grievance was received on 7/19/18 which exceeds the 30 day filing time frame according to Administrative Directive 9.6 Section 6 (C): The grievance must be filed within 30 calendar days of the occurrence or discovery of the cause of the grievance.
Therefore, your level one grievance is rejected. (AM).

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: A Black (AM)        Date: 08/16/18

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean M Crispin

Inmate number: 339978

Facility/Unit: H.C.C. Garner Corr. Inst.

Housing unit: IPM-I

Date: 2-6-18

Submitted to: Warden of H.C.C.

Request: On 1-27-18 on 2nd shift I was assaulted by (Correctional officer Fortin) with NO! Reason what so ever this officer stepped in to within inches of my face verbally abusing me when I looked over to his cowork Pleaing for him to do something about (Sgt Fortin) at this moment with no Reason or explanation slamed me on my head Causing me to go into a siccure and once it past I was having this Correctional officer Slam my Head against the floor Repeatedly, I don't understand why this officer did to me or why, and as a result a false Code Orenge was called and I was given a false ticket that later was thrown out. I was then held Hostage on a

continue on back if necessary

~~Correctional officer~~ false Suicide watch when I was never suicidal and this was used to hide my wounds from people and as a way to deny the States troopers who was trying to see me so I could press Charges for aggrivated assault

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response: (COPY) → This copy was Resent after original was

Inmate: Jossean Crispin → Date 4/12/18 Ignored

Resent date (Due to Returning from hospital)

Notary: Notary Public Refused to sign   Date: 4/12/18 (C.V.H)

(33)

continue on back if necessary

Staff signature:

Date:



**DIVISION OF PUBLIC DEFENDER SERVICES**
**NEW BRITAIN SUPERIOR COURT**
**20 FRANKLIN SQUARE**
**NEW BRITAIN, CONNECTICUT 06051**

Attorney Christopher D. Eddy                    Telephone    (860) 515-5370
Senior Assistant Public Defender                Fax          (860) 515-5366

> CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION
> DO NOT COPY OR DISCLOSE TO ANYONE ELSE

Jossean Crispin (Inmate # 339928)
Northern Correctional Institute
287 Bilton Road
Somers, CT 06071

August 8, 2018

Dear Mr. Crispin:

Please accept my apologies for not responding sooner to your June 18th letter.

On January 30th, 2018 I contacted the Connecticut State Police at your request and spoke to Trooper Sutherland from Troop H. He indicated he would send someone to the jail to interview you.

I am working on having your case transferred to Waterbury per your request. I am cautiously optimistic that the cases will be consolidated in Waterbury on your next court date. If they are not I will respond to the other information you requested in your letter.

If you have any other questions, please feel free to contact me.

Sincerely,

Christopher Eddy
Senior Assistant Public Defender

Date: 4/30/18

To: Department of Protection
1111 Country Club Road
middletown, CT. 06457

From: Jossean Crispin
     Northern Corr Inst.

I have made a number of atempts to press
charge's after being assaulted by (C/o Frotin)
in Hartford Correctional Center, as well as my
Attorney's in both (Waterbury court) and (New Britain
court) have called the State trooper's Barrack-H
and I have also written them a letter.
And (State Trooper Barrack-H) has ignored all
atempts in a clear (Discriminative fashion) towards
the (Inmate population) and refused me my "rights"
to (access the courts) and press charges for (assault
and Battery) therefore (violating my rights under
Color of State law) and (violating) the (14th Amendment)
of the (U.S. Constitution) Please address this issues
Notary Public:                    Date:

Inmate: Jossean Crispin   Date: 5/2/18

Heather Jetter Woodley

NORTHERN C.I.
NOTARY PUBLIC
MY COMMISSION EXPIRES 4-30-2020

(35)

State
Trooper
Barracks — H

(COP1)

sean m Crispin

On 1-27-18 I was assulted by (Correctional Officer Fortin) I was slam on my head so hard to the point I had a siezure when I came Too this officer Fortin was shaming my head repeadedly against the Floor over and over I did nothing to be assulted by this Correctional officer
And have been trying repeated to press charges for (aggrivated assult) and C.D.O.C. has been trying to hide this assult until I healed and it's my understanding that you have been Contacted by both (New Britain cocurt) and (Waterbury Courts) Public Defender's office regaurding this assult because of my brused and battered face, Now I have healed up and had yet the chance to press charges because C.D.O.C. has used the false claim that I was unstable on the (mental Health block/Unit) to hide me until I healed and Deny the State Trooper a chance to see my face I am writing now Requesting to press Charges and will not stop until I've been given the chance to excursie my right please assist me

Inmate: Jossean Crispin    Date: 4/12/18

Notary: Notary Public Refused to Sign    Date: 4/12/18

(36)

Date: 4/21/18
To: State Troopers Barrack — H
From Jossean m Crispin 339978
    of Northern corr Inst

Notice: I have made a number of atempts
to press charges and ~~Free~~ State Trooper's Bacchh's H
as a whole has made no atempt to allow me to use
my Right's (I am Now writing a second time) as well as
you were address by Attorney from both Waterbury courts
and New Britain court here in CT. all these atempt have
been ignored by your Deparment.

(Incident): On 1/27/18 I was physical assaulted by (Correctional officer
Fortin) I was slam on my head so hard to the point I had a siezuce when I came
to this officer Fortin was Slaming my head Repeatedly against the Floor over and
over, I did nothing to be assault by this correctional officer, and have been trying
Repeatedly to press charges for (aggravated assault and Battery) and (CDOC) has
been trying to hide this assault until I healed and it's my understanding that you have been
contacted by both (New Britain court) and (waterbury Court) public Defenders office regaurding
this (Incident) because of my bruised and Battered face was seen in the court room,
Now I have healed up and had yet the chance to press Charge because you have
not given me the chance to excercise my rights make it a us against them
Discrimination factor...
   I am Request to press charge and file a Report there are medical Records
to support that the Incident in fact took place
   Inmate: Jossean Crispin                    Date: 5/2/18

Notary Public: Heather Telluce              Date: 5-2-18
  (37)    NOTARY PUBLIC
          NORTHERN C.I.
          MY COMMISSION ... 4-30-2020



**State of Connecticut**
**Department of Correction**
Hartford Correctional Center
177 Weston St
Hartford CT 06120

To:       Crispin, Jossean #339978
From:     Lieutenant Rivera
Date:     February 28, 2018
Subject:  Preservation of Video Evidence

Your request to preserve camera footage from the hand held video camera on the incident that took place on 1/27/2018 has been completed. The following was downloaded and the disc was secured into evidence:

Unit Tracking #HCC-VP-18-099
        *1/27/2018----Code Orange in Medical at approximately 7:30PM.
                In-cell restraints placement
        *1/28/2018----Downgrade from In-cell restraints

In accordance with Connecticut General Statues 1-210(b) (18), any access to the aforementioned videodiscs will require a subpoena based on risks to safety and security and the sensitive nature of their contents.

C. Warden Black

38



## Inmate Grievance Appeal Form - Levels 2/3
### Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: Jossean Crispin | Inmate number: 339978 |
|---|---|

| Facility/Unit: Northern Corr Inst/1-W | Housing unit: Cell-107 | Date: 9-17-18 |
|---|---|---|

| IGP number: N/A | T number: N/A |
|---|---|

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2    JC

I am appealing the Level 1 decision because:
I received my Level-1 Remedy (IGP # 141-19-099) almost 6-months Late after I already filed my (Level-2&3) on this matter of which was Ignored all Out. (NOTE of Level-3) (Added note)

| Inmate signature: | Date: |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons: Write a Grievance for not responding to my last Stage of the Grievance

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3.

☐ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because: I am moving to a Level-3 Grievance/Appeal Because not only was my Level-1 Grievance ignored all together but so was my (Level-2-Grievance/Appeal) and Did not Recieve any Reciepts on either one concerning the incident where I was assaulted by (% Purdy) on 5-9-18

| Inmate signature: Jossean Crispin | Date: 9-17-18 |
|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

C/C

39

Level 3 reviewer:



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: Jossean Crispin    Inmate number: 339978

Facility/Unit: Northern Corr Inst B-West    Housing unit: Cell-103    Date: 7-30-18

IGP number: N/A    T number: N/A

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: I am moving to a Level-2 Grievance because my Level-1 was never answered nore did I recieve a reciept. The Grievance in question is a Level 1- on (96 Purdy) on the incident of which I was assaulted on 5-9-18

Inmate signature: Jossean Crispin    Date: 7-30-18

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received:    Disposition:    Date of disposition:

Reasons: I GP# 141-19-099 only Just found out 6-month after filing my Level-1 Remedy

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3

☐ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Write a Grievance Level-3 for none response

Inmate signature:    Date:

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received:    Disposition:    Date of disposition:

Reasons: And Write a (Level-1 Grievance) for None comp Compliance with The Grievance Procedure by Grievance Coordinator

Level 3 reviewer:

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978

Housing: 3-West

SECTION 1: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

(Incident in Question) On (5-9-18) Between 6:00 Pm 8:30 Pm (C/o Purdy and C/o Titus) Both became verry agressive (Call me a child molester threatening and Demanding that I hit them) while verbally abusing me and yelling and violating my Personal Space, to the Point that it turned Physical when (C/o Purdy) Started Shoving me, telling me to Hit him while I just igored him and excepted the assault feeling hopeless, when (C/o Purdy) Did not get the reaction he wanted and Prisoner were paying more Attention and became aware of this a left me alone, but Soon after, he sent (C/o Titus) To Trash my Cell and throw away my "Legal work concerning my Case" and left me with no (Blankets and Sheets) because (C/o Titus) tuck them in order to abase me and intimidate me by Constant Harassment and mental abuse, I write to The "Warden: Vick Rodriguez", "Duty Warden: mulden", "Counslor Supervisor: Davis", and all three (Individuals ignored and refused) to answer my (CN-9601 Request forms) (I Request A Continuance and filing Time expansion do to) the continued threats and intimidation by C/o Purdy To not file. (TO resolve): I want (C/o Purdy) fired and charged for (assault) and Hate Crimes) and for (C.D.O.C.) to "Stop Brushing this" (assault, and the Covering up Criminal behavior by it's own employee's) and stop manipulating the Grievance process and not returning request forms so as to claim that Prisoner's did not follow the Grievance Process

Inmate signature: Jossean Crispin

Date: 6-10-2018

For all remedies except health services, deposit this form in the Administrative Remedies box
For all health services, deposit this form in the Health Services box

SECTION 3: DECISION (OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW)

Date Received: 10/2/18

IGP #: 141-19-089

T#:

Disposition: Rejected

Date of Disposition: 11/19/18

Reason: ① Write a (Level-1 Grievance) on how late this response was made

Your level 1 grievance is Rejected. Per A.D 9.6 Inmate Administrative Remedies section 6 (C). Filing a grievance. The grievance must be filed within 30 calendar days of the occurrence or discovery of the cause of the grievance. Your claims of misconduct occurred by your account on 5/9/18 and were reported in this grievance dated 6/10/18. However this grievance was not submitted until 10/2/18 at which time it was processed and receipted.

☐ You have exhausted DOC's Administrative Remedies.    ☑ This matter may be appealed to: LV #2

Signature: [signature]

Date: 11/19/18

41

# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

Inmate name: Jossean m Crispin          Inmate number: 339978

Facility/Unit: Northern corr 2nd/1West   Housing unit: Cell-124   Date: 12-28-2018

IGP number: 141-19-116          T number:

Use this form to appeal a Level 1 decision. CN 9502, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because:

Inclosed is my (Level-1 Grievance) There should be No reason why it's missing.

(Please see Attachment) Sent out (12/28/18)
(of one page plus Level one Grievence)

Inmate signature: Jossean Crispin          Date: 12-28-2018

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: RECEIVED FEB 14 2019   Disposition: Rejected   Date of disposition: 2/21/19

Reasons:

*You have filed a Level 2 grievance appeal which was found to be beyond the timeframe. Your Level One Grievance was answered by Warden Rodriguez on December 21, 2018 and your Level 2 appeal was received by the ARC Schold on February 6, 2019; well beyond the five (5) calendar days as stated in A.D. 9.6 Inmate Administrative Remedies. Therefore, your level two grievance appeal is rejected and not subject to further review and will not be answered at a Level 3.*

Level 2 reviewer: L Blunt, (ARC)

☐ This grievance may be appealed within 5 days to Level 3.

☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:          Date:

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

Date received:   Disposition:   Date of disposition:

Reasons:

Level 3 reviewer: (AN) (42)

Date: 12-28-18
#/n #339978,                    I G P # 141-19-116
I/m Jossean Crispin,   Northern corr Inst

"Sent" Date: (12-28-18)
 I am Appeal for the following reason's with "fact's"

1) "Fact" one if you "check veriant vision" on "security Camera's" you will see (A.R.C.-Schold) (never came) to my "Cell Door all that day" on (10-29-18) to even hand me a "Notice of Time extension /CN-9605"

2) I write (captian: Jackson) his supervisor to (save & preserve) The security camer for that Whole day and he has yet to even respond clearly show a cover up to hide what (A.R.C.-Schold) has done

3) The lack to actually check and verify any of this Show's the level of corruption and Deliberate indifference to acknowledge fault.

NOTE: Copy of my Level-1 Grievance filed with (Level-2) both inclosed and sent together on (12-28-2018)

Sign: Jossean Crispin

(42)

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin
Inmate number: 339978
Housing: 107

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

(my Atempts) At Informal Resolution through (CN-9601) was I gnored
Copy Att ached, Please make sure so to return all Documents Submitted
because this was not Done when I attached my copys on IGP-141-19-079
(Issue): the abuse of the (Grievance & CN-9601) Notice
this is one issue being braught up, which is an on going problem
and From hereforth I will "exsamples" of how it's abused (BElow)
when a Prisoner write a grievance it is hard to back the complaint up
when the Grievance need fact to support the claim and this is
Done Constantly meaning (CN-9601) are refusal to be answered to
allow Prisoner's to have Proof of Such complaint as well
as Grievance are at time's when it suit (C.D.OC) back dated
and as an "exsample" I am attatching a (Level-2 Grievane)
to show my mean which I sent out (10-29-18) after not recieve a
response or notice of any kind, and of which I recieve a notice of
extention of Time late on (10-31-18) and back dated
(To Resolve) because of this I request that any (CN-9601) and any
(CN-9602) be revised So when any which one is filed you may
get a reciept acknowledgement on the spot in exchange the moment
youfile and hand either one over so as to aviod any tampering of
any Level of both parties

Inmate signature: Jossean Crispin          Date: 11-6-18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 11/9/18     IGP #: 141-19-116     T#:

Disposition: Denial          Date of Disposition: 12/21/18

Reason:

Level-2 Sent 12-28-18

Your level 1 grievance is Denied. The specific grievance in which you are referring to (IGP 141-19-079) was answered on 10/30/18.
Prior to being answered a CN 9605 Inmate Administrative Remedies Procedure-Notice of Time Extension was issued. Grievances
filed at Northern CI are in compliance with A.D 9.6 Inmate Administrative Remedies.

☐ You have exhausted DOC's Administrative Remedies.     ☑ This matter may be appealed to: LU #2

Signature:          Date: 12-21-18

(44)

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin
Inmate number: 359978     Housing: Cell~B14

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Attempts! made by (Request form/CN-9601) Date (1-15-19) and have not had it returned nore answered in any way by (A.R.C.-ScOld)

ISSUE: (A.R.C.) has "abused" the (Inmate Remedy Procedure) "Repeatedly" in a fashion to Deny access to the court's to the (Prison-Population) in aa (number of ways) + oc the (extreme) of which I will Give as "exsample's" everything that has been done to me when filing a Remedy at any level that are Facts. "Factual Exsample's following below":

1) I filed a (Inmate Remedy) on (% Purdy) for retaliation and Continued abuse this Remedy (I.G.P. #'s 141-19-11) of which it was maliciously Denied I filed a (Level-2 and it has been Refused acknowledgement no receipt Given or Returned of which at this time and Date I am now moving to a (Level-3)

2) I filed a (Inmate Remedy) (IGP# 141-19-099) on (6-10-2018) I did not get an answer until (1-19-19) by this time I already filed my Level-2 & moved to my Level-3 Appeal after never getting a response too these Level 2 & 3 Inmate Remedy were never returned and were removed (Level-2 Dated 7-30-18) & (Level-3 Dated 9-17-18) both sent out on the Date Write & Sent from the location on them both Ignored.

3) I filed a (Remedy) Concerning how (C.D.O.C.) is manipulating the (Grievance/t/m Remedy/ Appeal-Procedure) tor Intentionally Black Inmate's from access to the court this Remedy maliciously falsely returned Denying the ability to exhaust all my Remedies. The (Return log Number) is (141-054?) then Refiled and had it never answer/return.

(See one Sheet with additional Details and exsamples of Size) 8-1/2 x 11 inch Page

Inmate signature: Jossean Crispin       Date: 2-13-2019

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:         IGP #:              T#:

Disposition:                    Date of Disposition:

Reason:   This Remedy has been Refused acknowledgement J.C.     hand copy   C/C

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

4D  Signature:                              Date:

Date: 2-13-19   Attatchment to (Inmate Remedy) on Precedural
Wouse to Block access to the Courts by (C.D.O.C)
Name: Jossean Crispin

4) I filed a (Inmate Remedy) on the fashion my Level-1 o my (Class-A Contraband)
was written to "assasinaled my character" my Level-1 Remedy was Ignored &
never returned forcing me to file a (Level-2 Appeal) Do to this, (A.R.C Schaid) then turns
around and refuses to file my (Level-2 Remedy/Appeal) Denying me to properly exhaust
my (Inmate Remedy's) by (answer my Level-2 Appeal) with a memo not following the
(administrative Direct's-9.6) in any way of which again forced me to the next step
being a (Level-3 Remedy/Appeal) on the matter of which has yet to be answered or a
reciept Given acknowledgeing my Attempts to Resolve. and exhaust my Remedy's

5) I filed a (Inmate Remedy) on the Conduct to abuse my right to (due Process) by Both
(Counselor: Skribiski) & (Counselor Supervisor: Tugie) on (IGP# 141-19-144 & IGP-
# 141-19-145) of the fact Both were answered late and I only recieved a (Time Extension)
with Both (Inmate Remedy's) not before and only after I already filed my (Level-2 Grievances)
on Both Remedy for not getting them in time.

6) I filed a Grievance on how my Appeal of Administrative Segregation is way Passed
15-Days by (A.D-9.6) was filed on (1-10-19) and is still wait (acknowledge ment by reciept)

7) I filed a Grievance (IGP# 141-19-116) and recieved it on (12-21-18) I Appeal this →
Disposition with a (Level-2 Remedy/Appeal) sent on (12-28-2018) and have yet to recieve
any reciept it is now (2-13-19) and I haven't recieved any acknowledgement at all.
In this I point the fact that veriant vision of security camera will show (A.R.C Schaid) never
came to Give me any extension at all all day and request that the video be save by
(Captian: Jackson) to Prove it who never response to coverup.

All these exsample Show an (extremely High Level) of (Corruption to
Deliberdely Deny access to the Court) and (Refusing the Inmate the
ability to Exhaust has Remedies)) Violating the (14-Amendment) and
Causeing (Intentionall Mental Hard Ship), and allowing "abuse and criminal"
(behavior to thrive) within the (Department of Correction by D.O.C)
(Personnel and the Administration) allow "State employee's behave like
(Criminal) to (allow this behave) to (thrive) is "Dangerous") to the (safety and
security)

Filed on 2-13-19

Jossean Crispin #339978        C/C

(46)                            hand
                               copy

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978   Housing: B-1 / Cell-B-12

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Attempt; made by frequest Form cw:96a and received no
Respond.
ISSUE: I received a (time Extension) with the date 2/26/19
Well over 30-Day's of Grievance filed.
And this "Time Extension" was given to me on "mail pass"
by (C/o-Robinson) between (6:30 Pm & 5:45 Pm) Given to me
With a Request From "Caption Black" on (3-13-19) and I want
this ("Veriant Vision Saved & Persered") to (Cell-B-12) of
the (Idicated Time above.) of B-1 Block.
During this (Investigation of this Grievance.)
to prove this, in accord to A.D 6-9
TO Resolve: Stop manipulating the (Grievance/Inmate Remedy)
Procedure to force Lawsuit to Illegally get Dismissed this
action is   Denial of access to the Court.
Note: Sent out on (3-14-19) and copy's made

Inmate signature: Jossean Crispin          Date: 3-13-19

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:                IGP #:                    T#:

Disposition:                          Date of Disposition:

Reason:

hand copy

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:                                              Date:

47

# CONFIDENTIAL
### (FOR OFFICIAL USE ONLY)

Inmate name: Lossean M Crispin

Inmate number: 339978   Housing: Fox Cell 126

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

CN-9601

- Provide any factual information that is applicable, including any responses from staff. has Yet to be returned
- State the action that you think should be taken to resolve the problem. And this issuse has proved to be lost
- PLEASE PRINT. for paper work to keep up

(Issuse with Counselor Hikans)
On 1/17/18 Between the time of 8:00 and 11:00AM (Counselor Hikans) Provoce
Provoced a mental Breakdown, by abusing (her power and position of power)
(When she came to my cell Door and lied) to me and said I can't have my wife and
mother of my son on my visiting list knowing by law there is no Justification or cart
order that has (Jennifer Corso or Jossean Corso) on it to say they can't see me
Voilating not Just my rights but theres theyers as well, when I said you can't do
that I'm writing you up and suing you if I have too, and after I said this I
requested to speak to (mental Health/csw) she (Counselor Hikans) Denied me
this (when (I was try to do my best to keep it together mentally) because (her
actions were triggering a mental breakdown) do to (stress build up from the
last caple of day of Dealing with her abuse and manipulation of power, she
then went as far as telling the other (C/o/correctional officer) to ignore me when I
was try to seek mental Health treatment) I was so over worked by these actions I started
to hear the (wispers) So I started to yell over them and kept at the same time, she then
used my mental Breakdown as an excuse to give me a false ticket to cover her
actions using (C/o Griffin) to hide behind and have him write out a false Ticket
being that she's acting unit manager when (captian Biship) is not around
(the way I was treated is mental agony to be punished for a mental illness
(to Resolve) I can't Control!!!)
I request her behavior be checked and that I be placed at a Differant Block to
avoid conftion Confirntion/Conflict and this false tacket thrown out

Inmate signature:                                           Date:

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:          IGP #:                    T#:

Disposition:                     Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:    48                                        Date:

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978   Housing: Fox / Cell 126

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff
- State the action that you think should be taken to resolve the problem
- PLEASE PRINT.

★ CN-9601 has not been Returned by Doctor Cart Hear and this Issue has Developed to Postwork for Paper for Paper to keep

(Issue: with Counselor Hikans)

On 1-16-2018 I entered (Counselor Hikans) office, upon entering (Hikans) asked why am I back I told her I was told on (arrignment to talk to no one about my charge) at this point I asked is my wife active on my visiting list because while I was in hartford County I Placed her on my visiting list and this I did not tell her, while in the office (Hikans) told I'm remaving her off your list. I ask her why, that will have me doing the whole process for no Reason she did not answear and instead hadnded me a visiting form, later that same day (Hikans) Puft's me out and lets me hey (Detective Dormen) (Wants to speak with you I said no thanks not without my Attorney Precent, So I'm not Signing that paper She then tried to hand me another paper telling me to sign it, because I can't have my wife and mother of my kids on my visiting form list". I asked her why which made no sense to me by her answear but what She told me she did not know why, I noticed the form she was trying to have me sign in a Sneaky manipulative fashion Said that I Inmate Jossean Crispin do not want my wife and mother of my kids visiting me, and realized she was try to manipulate me into signing it thinking I will not notice this act and see it for what it was which was she (Counselor Hikans) is and was at that point Work with (Detective Dormen) to isiolate and build a false Case against me by assitting (Detective Dormen) who has no case and is try to build one. Because of this I don't feel Safe or (comfortble being near) Counselor Hikans Because (She will trigger the worst in me), because of her ability to abuse her posito positition of power to her benikt, this is only a Serious Issue waiting to develope and I want to avoid it Please Remove off her Block

Inmate signature: Jossean Crispin   Date: 1-20-18

- For all remedies except health services, deposit this form in the **Administrative Remedies box.**
- For a health services issue, deposit this form in the **Health Services box.**

## SECTION 5: DECISION / OFFICIAL USE ONLY — DO NOT WRITE IN THE SPACE BELOW

Date Received: | IGP #: | T#:

Disposition: | Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

Signature:   Date:

3 W   103

| CONFIDENTIAL | Inmate name: Jossean Crispin |
| (FOR OFFICIAL USE ONLY) | Inmate number: 339978    Housing: Fox / cell 120 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem. I have not had my request
- PLEASE PRINT.                                                              returned

(Issue with CO Griffin)   (Note)

I haven't been on my (Schizophrenia medication) for (three month) so when I'm in a (High tense and Stressful Situation) I lose reality and the voice's and (Wisper) attack my (SVC/mental State of mind)

(While in my cell I was pacing back and forth) after (denied to speak to mental Healthly) by (counselor Hikans Ithika) to gain control of my mental illness and had a Break down and (Started yelling and screaming to my self over the Wisper) and recieved a (Ticket) for my (mental illness) that was triggered by the mental abuse from (Hikans) who also was the individual who told (Correctional Officer Griffin) to write me a Ticket

this abusive behavior has become extremely mentally agonizing do to the reason that I also became sensery deprived while sitting in (Segragtion/isolated) Send my mental state of mind in to a spin

To Resolve
   I don't want be harass like this again

Inmate signature: Jossean M Crispin         Date: 1-18-18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY -- DO NOT WRITE IN THE SPACE BELOW

| Date Received: 1/25/18 | IGP #: 136-18-070 | T#: |

Disposition: Denied                          Date of Disposition: 3/6/18

Reason: It appears your medication adjustment was an issue. The Claim cannot be substantiated as there is no evidence to support this. Policy was followed. You were transferred to Northern in the meantime to the high bond unit

☐ You have exhausted DOC's Administrative Remedies.   ☒ This matter may be appealed to: DW maldonado

Signature: (50)                              Date: 3/6/18

## CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean M Crispin
Inmate number: 339978
Housing: Fox / Cell 126

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION** Reason for CN 9601
- Provide any factual information that is applicable, including any responses from staff. Not being attacked Doctor CartHeart has not returned request
- State the action that you think should be taken to resolve the problem. the issue has developed to ask for
- PLEASE PRINT. Paper work to keep up

(Issues with Doctor CartHeart)
On 1/18/18 I was mentally unstable yelling and screaming in my cell talking to myself about how I feel and what's Stressing me out Because (counselor Hikans) was behaving verry unprofessional Denying me my rights with the frustration came the whispers making things harder for me to cope, in an attempt to release frustration and yell over the whispers and gave me a ticket because of this upon being Pull out of my cell it was deemed I need mental observation because I was unstable therefor I should not have recieve a ticket for my mental illness not only that (Doctor burns) I.D.ed that I was mentally unstable and order me a (P.R.N—medication) to help bring me back to reality a further facied to prove's how unstable I was
I can not be Both stable to recieve a (ticket While in IPM) but then be Deemed unstable to be placed in IPM on observation and Given a (PRN—medication) to Stablise me, The way I feel mentally is mental agony the way I feel is mental agony to be punished for something I can't control
The way this was done Just to avoid Paper work by mental Health staffing's and In order to do this there had to be manipulation of paper work, and Doctoring of Documents this is abusive and illegal and Systematic abuse and (mental abuse)
To resolve: after this Level of abuse by (Doctor CartHeart) and (Female Doctor Burns) I do not feel Safe oR Comfortable being around them or talking to them or with them handling my Records/Files, I Request to deal with Someone Who is mindful of Someone with a mental illness, and doesn't mentally abuse or Systematically abuse mentally ill Inmates

Inmate signature: Jossean Crispin
Date: 1/20/2018

- For all remedies except health services, deposit this form in the **Administrative Remedies box.**
- For a health services issue, deposit this form in the **Health Services box.**

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW.**

Date Received: 1/29/18   IGP #: 134   T#: 1/30/18 16261

Disposition: Returned Without Disposition   Date of Disposition: 1/30/18

Reason: Please Make an attempt to Internally resolve also the length of the request shal be restricted to the available space on the CN 9601

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

Signature: [signature] RN   (68)   (51)   Date: 1/30/18

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean m Crispin

Inmate number: 339978   Housing: Pod/Cell 126

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I Issue With Both Doctor Burnes
On 1/17/18 I was mentally Unstable Yelling and screaming in my cell talking to myself how I feel and what's Stressing me out, Because (Counselor Hikarp) Was (behaving Verry Unprofessionally) Denying me my rights and trying to manipulate me to Signing a paper I did not want to out with this frustration come the wispers making thing harder to Coupe With, so in a attempt to releave frustration and Cope with the wispers, I begin to yell over the wispers and yell about how I feel while inside my cell pasting back and forth And recieved a ticket because I was over Heard, and was given a ticket over a mental breakdown and because of this upon being Pulled out of My Cell, it was Deemed I needed mental Health observation because I was Unstable there for I Shouldn't have recieved a Ticket For a mental illness not only that it was (Indeed) extremely unstable and a (PRN-medication) to help bring me back to reality a further fact that prove's how Unstable I was.
I can not be both stable mentally to recieve a (Ticket While in IPM) at 1:30ish AM
On 1-18-2018 in the morning and then Still, be Deemed Unstable and placed in (IPM)
for Observation from 1/17/18 to 1/18/18 and Given a (PRN-medication to Stablise me)
and then cleared by 9:30ish in the morning and told by (Dr Cart Head) I'm being cleared
The way I Feel right Now is mental agony over this this is Systematic abuse, mental abuse and manipulation of Documentation and paper Work to RailRoad me in my Case right Now with Pretty Detective Dormen
To resolve the way I Feel right Now is mental agony to be punished for Something I can't control
After this level of abuse by (Doctor CartHead) and (Female Doctor Burnes) I do
not feel safe or confortble with either Dorter handling my Record/files
I request Someone who is not going to abuse or manipulate Records/files
This Whole issue is tied down to the same Request I sent to (Doctor CartHead)
and this issue has developed to last for paper work to Keep up even though
Doctor CartHead verbally acknowledge recieving my request while
They in (IPM) answered it Verbally
Inmate signature: Jossan Crispin   Date: 1/20/18 Who has not return
the CN-9601

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 1/29/18   IGP #: 136   T#: 1/30/18  16261

Disposition: Returned Without Disposition   Date of Disposition:

Reason: Please make an attempt to Internally resolve also the length of the request shal be restricted to the callable space on the CN9601 Also note if you have more than 1 Complaint complete on Separate form

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

Signature: Tralle de   52   Date: 1/30/18

TEMPORARY SURRENDER
STATEMENT
JD-AP-151  Rev 12/12
C.G.S. § 53a-32



STATE OF CONNECTICUT
JUDICIAL BRANCH
COURT SUPPORT SERVICES DIVISION
www.jud.ct.gov

Name of Department of Correction receiving facility
*HCC*

| Delivery authority | Office location | Telephone number |
|---|---|---|
| Adult Probation Services | *Bristol* | *860-584-0073* |

Custody of the person named below is delivered to the Department of Correction at the facility named above. This person will be arraigned in Adult Court.

| Name | Date of birth | Inmate number (if applicable) |
|---|---|---|
| *Crispin, Jossean* | *12/18/86* | *339978* |

| Charge | Statute | Underlying charge (Most serious) | | Felony |
|---|---|---|---|---|
| Violation of Probation | 53a-32 | ① *Assault 3rd (53a-61)* ② *Interfering (53a-167a)* | | ☒ Misdemeanor |

| Arraignment at (Name of Court) | Location | Arraignment date | Bond amount |
|---|---|---|---|
| *Bristol GA17* | *131 North Main St Bristol* | *8/5/2016* | ① *25,000* ② *25,000* |

| Name of delivering probation officer | Cellular telephone number (if applicable) | Delivery time | |
|---|---|---|---|
| *Tony Bevilacqua* | *860-919-0686* | *12:00* | *50,000* |

Known security hazards and/or medical concerns
*Schizophrenia*
*M/*

| Personal property (Description) | ☐ Not applicable |
|---|---|
| *N/A* | |

Violation of probation report submitted:   ☐ Yes *(See attached)*   ☐ No

The Department of Correction staff signing below acknowledges receipt of the person named above, court reports and property, if any, identified above.

| Name of Department of Correction staff | Signed (Department of Correction staff) | Date signed |
|---|---|---|
| | | |

| Signed (Delivering Probation Officer) | | Date signed |
|---|---|---|
| | | *8/4/16* |

*Filed pages 1 of 2.*

*53*

CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin
Inmate number: 339978
Housing: B4 / Cell-B12

SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Attempts: multiple verbal Attempts to rectify

Issues: I don't understand how (I'm getting medicated) for my (Schizophrenia) and treated by way of being given Packets to work on (Schizophrenia) by (myself) in my cell but (no-one what to place it on my Diagnosis) (which out in the community) I get (treated for Schizophrenia) and also get (medication for Schizophrenia)
by failing to do this you are placing at a high risk to myself and other by failing place it on record so anyone Reviewing my record in a mental Health emergency can be aware of the Illness in a emergency an treat me properly

To Resolve: Please Rectify my Diagnosis and to Schizophrenia, and stop allowing the (Department of Correction) to Dictate my Diagnosis to benefit them. When only a Doctor can make that Decision.

Inmate signature: Jossean Crispin          Date: 3-21-2019

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

SECTION 5: DECISION (OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW)

| Date Received: | IGP # | T# |
|---|---|---|

Disposition:                          Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:                                              Date:

(54)

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978    Housing: I-West Cell-107

SECTION 4 STATE THE PROBLEM AND REQUEST RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

(my First Atempt) Was made to (Coptian Lizon) by (Request Form CN 9601) because, Captain Robles was on vacation, and this was ignored and never returned or acknowledged as seem to be the routine in (CDOC) Whenever a Complaint is made

(ISSUE) Since (9-14-18) I have been verbally harrassed by (C/o Purdy) and all of these Instances of which I Ignored, but on (9-19-18) (C/o Purdy) tuck it too Far and made clear threats to kill me, by sneaking in a (pocket Knife) to stab me in the Chest after Calling a (False Code Orange/Body Alarm) and Farther threatening me saying that he and his (Buddy/Co-Workers) are going to Choke me to Death and or Beat me half to Death all this will be done by falsly Claiming I Resisted The Correctional Officer Purdy Stated, I have asked for a (Profile) to be Put in Place (Because this C/o has already Assaulted, Sexual harrassed and taken to trashing my Cell and throwing Legal Work away Concerning my Criminal Case) in the Past of which I have written Complaints of and Soon after writing my Complaint for this resent act on (CN 9601) (C/o Purdy Found out) and Intentionally "Gave me" (Two False Tickets) to (aid an Administrative Segregation Placement) and Nobody in the (Administration) Wants to address this abuse that has been going on for months. Instead there are aiding (C/o Purdy) in his vendette and helping him by False allegation to Cover for this (Correctional officers) making it an (US against Them) vendette and fabricating Documents to assassinate my Character and twist things around to Justify the C/o Purdy's action Since my Complaints have Continued

(To Resolve) Remove me off of AS, because (Administrative segregation) is being used as a Tool to Punish me for my Complaints and to assassinate my Character and to systematically abuse me to Silence (Please do not manipulate the Grievance process, and Return the receipts & answer my complaint)

Inmate signature: Jossean Crispin    Date: 10/25/18

Facility inmates except health care presented are to for the administrative remedies box.
All community services, and depositions form in the health Services box

SECTION 5 DECISION OF OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

Date Received: 11/2/18    IGP #: 141-19-111    T#:

Disposition: Denied    Date of Disposition: 12/12/18

Reason:    (Back dated)

Your level 1 grievance is Denied. You have not provided any times or locations to substantiate your claims. For these reasons a fact finding inquiry cannot be conducted at this time. In the future when filing an administrative remedy a detailed description of events is required. This description should include times, dates, and locations.

Inmate receipt Received (12-20-18) Time Between (1:06pm & 1:35pm) by C/o Schold Grievance coordinator

☐ You have exhausted DOC's Administrative Remedies.    ☑ This matter may be appealed to: LW #2

Signature:    Date: 12/12/18

55

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978

Housing: B-1 / cell-B12

SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Attempts: made by (Request form CN.9601) never returned
or answered

Issue: The manipulation of the (Grievance Procedure)
I filed a (Grievance/Remedy) about the abuse of (Time-
extension) on my (Remedy IGP 141-19-173) and had it returned
under false pretext Saying it was incoherent and not simply
Stated and that I was targeting multiple Item's which was
Completely false but done in a ploy to manipulate the grievance
Process, and Discarage me from filing complaints abusing
the Grievance process

To Resolve: stop manipulating the (Grievance +
Remedy Procedure)

Inmate signature: Jossean Crispin

Date: 3-21-2019

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

SECTION 5: DECISION OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | Tit |
|---|---|---|

Disposition:

Date of Disposition:

Reason: Refused acknowledgment by (C.D.O.C.)

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

Signature:

Date:

56

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin
Inmate number: 339978
Housing: B-1 / Cell-B12

SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Attempt's: by (Request Form/CN-9601) of which was Ignored

Issues: The "manipulation" of the (Grievance/Inmate-Remedy)

The manipulation of the Remedy Procedure continue's I filed a (Level-2 Appeal) because I have not received my (Level-1 Remedy) on (IGP# 141-19-175 Reciept) I filed this (Level-2 Appeal) because my (Level-1 Remedy) hasn't been Returned therefore I can't attach it to my (Level-2 Appeal) of which I made clear but instead I get my (Level-2 Appeal) Returned with no Disposition in a manner that does not follow the (Administrative Directive) what so ever on (Inmate Administrative Remedie 9.6)

TO Resolve: Stop abusing the (Administrative Directive's) in a fashion "that" opens up false avenues "to try an Get (Law suits) (Dismissed under false claim) of not Proper ly (exhausting Inmate Remedy)

Inmate signature: Jossean Crispin     Date: 3-21-19

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

SECTION 5: DECISION (OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW)

| Date Received: | IGP #: | TP: |
|---|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason: Refused acknowledgement by (C.D.O.C.)

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:     Date:

(57)



| Inmate Administrative Remedy Procedure – Notice of Time Extension Connecticut Department of Correction | CN 9605 REV 1/31/09 |
|---|---|

| Inmate name: Crispin, J | Inmate number: 339978 |
|---|---|

| Facility/Unit: NCI/1W | Housing unit: 1W107 | Date: 11/27/18 |
|---|---|---|

Your grievance/appeal is currently pending at:

It appears that the time needed to investigate and respond to you will exceed the timeframe established by Administrative Directive 9.6, Inmate Administrative Remedies. I am, therefore, notifying you that the time frames have been extended at this level so that the issue can receive full consideration.

Additional comments:

*Cover up by Victoria Kilham J.C.*

1st level; MH reviewing remedies, awaiting response on 2 health service review

*J.C. never Returned or answered. (3-26-19) #4-month's have been waiting on these #2 Remedy's and a Large amount of others*

| Administrative Remedies Coordinator: nci RN | Date: 11/27/18 |
|---|---|

(58)

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978   Housing: FOX Cell-111

**SECTION: STATE THE PROBLEM AND REQUEST RESOLUTION**
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I Suffer From schizophrenia and have been sent to (Garner, C.I)
on this Prison sentence #3 Time's in Less then a year because
I need a (higher Level of care) of that other Prison can't provide
and haven't been able to provide, showing the need to be housel here.
That Lead to been sent to Garner 3 time's   Prison*
Garner has the staffing and the stotti ability other* dont have.
this a Refusal to house me here violates the (A.D.A.)

    IToresolve:
    House me at (Garner, Corr, Inst.) where I can receive
    the proper treatment.
    And Remove me off (Administrative Segregation) do to its
    mental affect.

Inmate signature: Jossean Crispin     Date: 3-11-2017

For all inmates except health services, depositions for form in Administrative Remedies box.
For all health services users, deposit this form in the Health Services box.

**SECTION: DECISION OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW**

| Date Received: | IGP #: | | T#: |
|---|---|---|---|
| | | Date of Disposition: | |
| Disposition: | | | |
| Reason: | | | |

hard Copy

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| | | Date: |
| Signature: | | |

(59)

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Josean M Crispin

Inmate number: 339978

Facility/Unit: Garner Corr Inst

Housing unit: Cell-518 / Unit I.P.M.

Date: 3-6-2019

Submitted to: Doctor: Patel

Request: I'm having serious mental Issues with sensory Deprevasion attaching my Psych, when I was on a (A.S./Administrative segregation) and it has became worse do to the Level of complete Isolation here in (IPM-2) you guy's don't do Groups to help or Give us Recreation, and all mental Health staff do is ignore the Inmate's when we need (mental Health preventive Intervention) since I've been here and you only seen me once and we really didn't talk about much and you didn't ask any question's about what I'm really going through mentally while on (A.S) and while here you only asked me about court & I said I don't know what's going on then you asked about (A.S) and I express is Just hopeless there and I feel as if I slowly going Insane other then that I have never had the chance to speak with you again about anything else and feel you are refuseing me treatment when in fact I was Just halsed my last sentence through the whole sentence of a year, and all out the Blue I write (Grievances/remedy) and get kicked out on this sentence and have been Sent here three time since proving the need for higher treatment that other Prison's can't Provide, but continue to Deny me treatment every since my written complaint's while I've been I've felt mentally

continue on back if necessary

Previous action taken: tortured by these acts to the Point of mental Break Down of which you Refused to acknowledge & treat in "Deliberate Indeffernce" and Doctor Document's to Suit your actions of mental abuse & and hide them, for exsample you cleared me for court on (3-1-19) with out ever seeing or talking me, to remove me off a suicide watch putting me at risk and court employee's by not assessing me or even giving me a shower for 5 days not letter me wash all these abusive act's of mental turture are wrong and all I ask is for treatment that is not much to ask.

Please Rectify these action's of abuse that are facts

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

*hasn't been acknowledged yet or returned* *Date: 3-2-19*

*hand copy*

continue on back if necessary

Staff signature: | Date:

60

12:06 pm
3-5-19
C/o Rodriguez
Dimming lights to
make prisoner go to
sleep making them more depressed

Falcone
12:15 pm Patel 3-5-19
turned off my light in my cell because
I complained about them turning lights off on the
block & how it makes prisoner's depressed and feel
Cell door and he did not like it, and then kicked my
then C/o herrell on his 12:30 tour told me to shut me up.
control the lights in my cell to stop fucking with them about the lights
Please L.T. was burning (1:05 pm) 12:58 pm as sun as the C.T. left the lights were turned off
issue and concerns Colon on (3-5-19) 1:45 pm Gave request to captian s/killed for my
3-4-19 through too Legal work all off 3-6-19 Perlos Said I'll be
no Goup's for copy even able 3-7-19
Allowed to go, no rec on 2nd shift Recyard not
being properly cleaned or salted to allow Rec

back on S2 can
because they turn them
Refuse & SBP Lights back on
standby kind my request to Counselor
2-30-19 sent to 3-4-19
G.C.I 2nd shift/ cleared for 3-4-19
Do to (M.H.Issues) court w/a Removed
adjustment) on any doctor to off schedule
1,3 do so watch told Dr. Patel
about the
mental effect
had on me
the S2 subs
and about
their voices

Picked up request to
Doctor Patel on 3-6-2019 &
placed it in the crack of the door so it falls &
Noticed by Dr. Patel's office/M.H. Office
yody entering Dr. Patel's office of
Door #508/ Request veriant vision of
mera to Dr. Rubel office
we'll serve by S08

61

and how I've been here 3-times in less than a year which shows the need for
higher care

Inmate Request Form
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin

Inmate number: 359978

Facility/Unit: Garner Corr Inst

Housing unit: ~~IPM~1 &~~ Fox ~~cell-5~~ cell 7/1   Date: 3-9-19

Submitted to: Deputy Warden Egan to froward to (Warden)

Request: I neal the follow (veriant vision of security camera saved)
of (IPM-1) for "pending civil Litigatidn's" as follow to the
(A.D.- 6.9 sec.3~E) of (the following days and times") BELOW
2nd shift From 500pm up too 11:00 Pm on 2-30-19
1st shift From 7:00 Am up too (11:00pm) on 3-1-19
From 7:00 Am up too 11:00 PM on 3-2-19
From 7:00 Am up too 11:00 PM on 3-3-19
From 7:00 Am up too 11:00 Pm on 3-4-19
~~From 7:00 Am up too 11:00 Pm on 3-4-19~~
From 7:00 Am up too 11:00 Pm on 3-5-19

Note copy sent
To Commissioner of
D.O.C.
by mail Legal

continue on back if necessary

~~colored colored~~ From 7:00 Am up too 11: Pm on 3-6-19
From 7:00 Am up too 11:00pm on 3-7-19
From 7:00 Am up too 3:00 Pm on 3-8-18
These Veriant vision must include camera above office #508
and all cameras covering cell-518, To Disprove any arguement

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:   in Court against mental Health abuse

(62)   hand copy

continue on back if necessary

Staff signature:

Date:

| CONFIDENTIAL | Inmate name: | |
|---|---|---|
| (FOR OFFICIAL USE ONLY) | Inmate number: | Housing: |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

<u>Attempts</u>: by request form/CN-9601 never answered or returned

<u>Issue</u>: I filed an (Freedom of Information's Act) F.O.I.A with MRSI marnie Hofmann on 9-8-2018 I recieved a back dated response on (10/3/18) this FOIA has not been uphold, The Information is needed to use for legal acts already in court, and Legal actions waiting to be filed. This refusal to uphold my FOIA has blocked me from having the needed Information to file complaints and suits and there's no Reason why I'm waiting 4-months for this FOIA

<u>To resolve</u>:

uphold my request of FOIA with (who, what, when, and where, you will answer and uphold it.

Attatched is a copy of my resubmitted F.O.I.A.

| Inmate signature: | Date: 1-14-19 |
|---|---|

- For all remedies except health services, deposit this form in the <u>Administrative Remedies box</u>.
- For a health services issue, deposit this form in the <u>Health Services box</u>.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | | T#: |
|---|---|---|
| Disposition: | | Date of Disposition: |
| Reason: | Refused acknowledgment by (medical/mental Health Grievance/Remedy coordinator) | C/C |

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: (63) | | Date: |

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin          Inmate number: 339978

Facility/Unit: Walker Corr Inst     Housing unit: B-1/Cell-B-12     Date: 3-19-19

Submitted to: Counselor: Lata

Request: 1) I need Copy's of (Legal Work)

2) I need my (Legal Work) I (E-filed) to file other "Legal" work" Time Sensetive.

3) I need a Notary this Friday

4) You did not pickup the $350 for filing fee The court is asking for Please address this.

*continue on back if necessary*

Previous action taken:          Answer Writtenly

*continue on back if necessary*

Acted on by (print name): Lata          Title: cc

Action taken and/or response:

1. Copies made and returned 3/20/19

2. E-Filed legal work returned 3/20/19

3. You are on the notary list

4. Special request form for $350 filing fee picked up 3/20/19

*continue on back if necessary*

Staff signature:          (64)          Date: 3/20/19

for Civil Litigation on my Part

E.   Request For Relief/Reasons

I Request humbly for the following (Injunction's)
to be Granted?

(Preliminary Injunction)
to Stop Decompensation During Proceeding the
(Imediate removal off of (Administrative Segregation)
(A.S.)
(Punitive Damage's)
1) Because all parties were awear and notified of the
affect of (A.S.)
2) The Placement of (A.S.) is Illegal under (Due process
failure)
3) (A.S.) was used as A tool to abuse and (Deter my
Complaints) and (target) me (Discriminatively) For being
being charged with a (Sexaul Offense)
4) The length of abuse lasting over a year and a half
by my Continued Placement on (A.S.)
5) Because I was (assaulted Twice within a year) by
During the (Continued Discrimination and Bias treat) of
(Targeting) by the (Administration) and (all parties) involved
(Contrived) to cover these actions of (Systemic —
Discrimination) by ("Destorying Video Evidence,")
("Fabricating & manipulating Documents") multiple
Time's Repeatedly.
6) Because of the manipulation of the (Inmate Remedy —
Procedure) to refuse me to properly extraust allow
me to exhaust Remedy attempt and open False avenue
to Request for Suits to Get Dismissed —

(65)

F. Request For Relief / Reason's

And in this fashion (Denying access to the Court)

7) ("Prior and During and after") I made a "number" of "Attempts" to aviod (Due Process failure) of the (Administrative Segregation Hearing) notifying multiple of the Defendant's at every Level.

8) There were clear sign's of mental Instablity Through my Whole Inprisonment that were clearly Ignored and Denied treatment Discriminatively by the Administration Imposing thier will over mental Health staffing.

9) Prior to be Placed on (Administrative — Segregation) Doctor: Leonard J. Santarsier'o (expressed) the "need" to be sent to (Garner C.I.) for ("Stabilization") before being placed on (A.S.) and the "administration" (Igored/Refused) his "evaluation" Which has caused Continued Issue's of Decompesation" while on (A.S.)

(66)

(# 19CV413) E. Relief/Reason The Universal Declaration
(Article Z.) of Human Rights
Page 1 to 2 Name: Jossean Crispin Date: 3/21/19

All are equal before the law and are "entitled"
without any Discrimination to equal protection
of the law. All are entitled to equal protection
against "any" Discrimination in violation of
this Declaration and against "any" (Incitement)
to such ("Discrimination")

this was (Article Z) was violate on (5/9/18)
When I was (assaulted Discriminatively) by
(c/o Craig Purdy) then refused medical
treatment for my "Injury" then Covered up
by his (Co-Worker's/Defendant's) and all
Done because I was charged with a (Sexaul-
Offense) then targeted by his (Co-Worker/Defendants)
for filing (Complaint's/Inmate Remedy's) of which
the Procedure was then manipulated to coverup
The Incident, as I continued to complain and
file "Inmate Remedy's" the (systemic abuse)
Intensified to the point I was Illegaly placed
On (Administrative segregation/A.S.) to punish me
and Deter me from taking Legal action of
which also violated (Article 5) because all partys knew
the mental effect (A.S.) would have on me clearly
and maliciously and yet Deliberately violating
my right's of the "Universal Declaration of
Human Right's"

(67)

The Universal Declaration of Human Rights

(#19CV413)   Name: Jossean Crispin   Date: 3/21/19

(Article 25.) Violated/E. Request for Relief/Reason's

Page: 2 of 2

(1) "Everyone" has the right to a standard of living adequate for the Health and Well-being of himself and of his family, Including Food, clothing, housing and "medical care" and necessary social services, and the right to security in the event of "Disability"

(Article 30.) Violated

Nothing in this Declaration may be Interpreted as Implying for any State, Group or person any right to engage in any activity or to preform any act aimed at the Destruction of any of the rights and Freedom set forth herein

(Article 25.) was violated do to the obvious need for higher care of treatment only "Garner, Corr. Inst" can provide, do to the obvious level of Decompesation that Lead to being sent to "Garner, Corr. Inst" #3-Time in Less then a year that average's once every three month's within one year show a Level of Decompesation when not in the only facility that house's the most (severely mentaly Ill/SMI) Population of prisoner's of which having schizophrenia Deem as such (SMI)

68

F. Request for Relief/Reason's

Name: Jossean Crispin     (#19 CV 413)
(8th-Amendment) "violation"

Excessive bail shall not be required, nor
excessive fine's Imposed, nor cruel and
unusual Punishment's Inflicted.

(my "Administrative Segregation" became a)
"Violation" of my (8th Amendment) on (1-30-19) when
I was finally sentenced. And was also Violated when
I was assaulted by (C/o- Craig Purdy) Discriminatively

(13th Amendment) "Voilation"
Section 1. "Neither slavery nor "Involuntary servitude"
(except as a punishment for Crime, whereof the
Party shall have been duly Convicted,) shall "exist"
(within the United States,) or (any place subject
to thier Jurisdiction.)

"Prior" to (1-30-19) I was a ("pretrial Detaince") and
to my understanding ("Pretrial Detainees may
not be punished at all") until (proven) "Guilty".
my "Administrative Segregation" hearing was on
(11-7-2018) way before I was Sentence was Given.
and I was refused to submitt evidence in my Defense
and refused a Continuance so my (Advisor) Could do
her Job and Allow me too, as well as the hearing was
Impartial and unprofessionally Conducted targeting
me for being Charged with a sexual Offense and under
false pretext by my complaints of Discrimination and to

(69)

E. Request for Relief/Reasons

Other Key factors of Targeting by the
Administration to punish and Silence me.
(14 Amendment violated)
My Due Process was Denied During my (A.S.)
Hearing Discriminatively.
Name: Jessean Crispin

Date: 3-21-19

Federal civil case # 19 cv 413.

Do to the totality and Severity and
length of the abuse is Why I request $700.000⁰⁰

Note: many Other Defendant that I need to
add but of Which I don't have the Name and am
being blocked by (Department of Correction)

Note: Department of Correction is handing Information
From the court a Week late so say I have a co (15 Day)
of work Day's to respond I have Just lost #7 these Continued
issue that can affect my ability to file thing's affectively

(70)