UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CRISPIN** | : | **3:19-CV-00413 (VLB)** |
| **V.** | : | |
| **REISCHERL, ET AL.** | : | **MAY 27, 2020** |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR ORDER (ECF NO. 99)**

The defendants hereby object to the plaintiff's motion for order (ECF No. 99), filed on April 23, 2020. Such request relates to issues outside the scope of this lawsuit and requests that the court order that DOC officials, not defendants in this action, take action that would be inappropriate (e.g., video tape comments that the plaintiff apparently wishes to record).

This is a civil rights action brought pursuant to 42 U.S.C. § 1983 by the plaintiff, filed on March 27, 2019, in an amended complaint. ECF No. 9. In his amended complaint, the plaintiff alleged various constitutional violations by the various defendants, including excessive force, violation of due process, deliberate indifference to safety, and retaliation. Id. In its initial review order, the Court dismissed several of the plaintiff's claims and multiple defendants from this action. ECF No. 12, pp. 20-21. The Court permitted multiple claims to proceed regarding conduct that allegedly occurred at Northern Correctional Institution (NCI) from approximately May, 2018, through January, 2019, when the plaintiff was sentenced and became a sentenced detainee. See id., pp. 5-9, 13-18, 20-21; see also ECF No. 49, p. 3.

The plaintiff claims that certain unnamed individuals are interfering with what appear to be his recent attempts to utilize the grievance process at Garner Correctional Institution (GCI). He also seems to reference hardships that he experienced at GCI. He does not appear to allege the involvement of any of the defendants in this action, nor does it seem that he could, as the defendants in this action were employed at NCI. Incredibly, the plaintiff seeks an order from the court that GCI personnel record him with a handheld camera giving a detailed narrative on "what the evidence is," why he intends to submit it, and "what it proves." ECF No. 99 at p. 2.

This case concerns the plaintiff's allegations of various constitutional violations against **NCI** officials for conduct allegedly undertaken at **NCI**. Such conduct is alleged to have occurred during 2018, concluding, at the latest, in January 2019 before the plaintiff's sentencing and transition to convicted detainee status. There are no claims in this action currently against any GCI officials, and certainly no claims that extend into late 2019 and early 2020. Moreover, the plaintiff's request that the court order DOC officials to record him discussing evidence is absurd. If he wishes to provide testimony, he may do so at trial. He will similarly have an opportunity to present any relevant non-objectionable evidence at trial. Finally, as noted, the claims in this matter extend through January 2019. Whatever grievances the plaintiff is attempting to file now regarding hardship he claims to have experienced at GCI is wholly irrelevant to this lawsuit. Finally, as indicated by the Court docket, the plaintiff is now housed at Cheshire Correctional Institution, not GCI.

WHEREFORE, the defendants respectfully request that the Court deny the plaintiff's motion for order (ECF No. 99).

        Respectfully submitted,

        DEFENDANTS,
        Rodriguez, Purdy, Tugie, Davis, Lizon,
        Robles, Jackson, Semple, and Dow

        WILLIAM TONG
        ATTORNEY GENERAL

BY:    /s/
        Jacob McChesney
        Assistant Attorney General
        Federal No. ct30282
        110 Sherman Street
        Hartford, CT  06105
        Telephone: (860) 808-5450
        Fax No.: (860) 808-5591
        E-Mail: Jacob.Mcchesney@ct.gov

## **CERTIFICATION**

I hereby certify that on or about May 27, 2020, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system. A copy shall also be sent to the following by first-class mail, postage prepaid:

Jossean Crispin #339978
Cheshire CI
900 Highland Avenue
Cheshire, CT  06410

        /s/
        Jacob McChesney
        Assistant Attorney General