UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRISPIN | : | 3:19-CV-00413 (VLB) |
| v. | : | |
| REISCHERL, ET AL. | : | JULY 14, 2020 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendants hereby agree to dismissal of this action. This dismissal is without costs and fees. Parties dismiss this action with prejudice.

PLAINTIFF,
Jossean Crispin

_____
Jossean Crispin
Inmate #339978
Cheshire CI
900 Highland Avenue
Cheshire, CT  06410

DEFENDANTS,
Rodriguez, Purdy, Tugie, Davis,
Lizon, Robles, Jackson, Semple, and
Dow

WILLIAM TONG
ATTORNEY GENERAL

_____
Jacob McChesney
Assistant Attorney General
Federal No. ct30282
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: Jacob.Mcchesney@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, the self-represented Plaintiff was served by first class mail at the following address:

Jossean Crispin #339978
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

/s/ Jacob McChesney
Jacob McChesney
Assistant Attorney General