United States District Court
District of Connectict

Crispin

   V.

Reischerl, et, al,

Case No. 3:19-cv-00413 (V.L.B.)

SCANNED at
and Emailed
3-17-21 by MA . 64 pages
date    initials   No.

: Date: 3/16/2021

( Motion to Reopen Case )

(Jurisdiction) (Note this filing is 72-Pages)

1) The Court has jurisdiction over the plaintiff's claims of violation's of Federal Constitutional right's under 42 U.S.C. § 1331 (1) and 1343.

2) The Court has supplement jurisdiction over the Plaintiff's state law trort claims under 28 U.S.C. § 1367.

(Reason for motion):

1) Breach of Contract.

2) Deliberate Indefference to Health and Safety.

3) Deliberate Indefference to Provide adequate. mental Health Care.

4) Violation Of the 8th Amendment right's of the U.S. —

Constitution.

5) Continued violation's that were to be remedied by the Contract agreement but Continue.

6) Systemic abuse of the Plaintiff.

7) Continued Retaliation against the Plaintiff.

8) Continued Due Process failure against the Plaintiff.

9) Refusal to comply with settlement.

Jossean Crispin
Cheshire, Corr, Inst,
900 Highland Ave
Cheshire, C.T. 06410

The Plaintiff Jossean Crispin Declares under the Pains of penalty of perjury, That this (motion to Reopen Case) is and Consist of (72 Pages) and that Includes Double sided Document's if there is any Issue with this number of page Please Immediately Contact the Plaintiff.

(Declaration of Facts)

1) I Jossean Crispin declare under the pain of penalty of perjury that the foregoing in this Declaration is true and correct to the best of my knowledge.

2) The Plaintiff entered into a (Contract/settlement) "uncertian" of the clear meaning of the terms.

3) The Plaintiff was lead to believe that the purpose of the "settlement" was to "achieve a necessary and adequate Discharge Plan", do to the (Plaintiff's severe mental Health Illnesses) and way solitary Confinement effected the Plaintiff and exacerbated the Plaintiff mental Illnesses.

4) The Plaintiff was mislead, wether it was Intentional or un Intentional into a settlement on (July, 14, 2021) by being told by ("Assistant Attorney General: Jasob McChesney") that it was now or never if I wanted to settle.

5) The Plaintiff was never notified by (A.A.G - McChesney) That He was "appointed Counsel by the court" or that there was a settlement Conference scheduled.

6) The Plaintiff was appointed Counsel to protect the Plaintiff's Interest for a reason.

7) The Counsel was appointed: the Plaintiff on (July, 14, 2021) See: (Exhibit - E)

8) "The Plaintiff was called multiple times" on (July, 14, 2021) by (A.A.G. - McChesney) in an Attempt to Convince the Plaintiff to sign the settlement.

9) Immediately after signing the settlement The Department of Corrections revert to the same abuse of the U.S. - Constitutional right's that Lead to the plaintiff's Suit ("Crispin V. Reischerl,. et,al.)

10) The Plaintiff was sent to segregation soon after signing the settlement.

11) It is on "Record how severely Solitary Confinement effect's the Plaintiff" as well as a "large number" of "Correctional Staffing" in (Cheshire, Corr, Inst) and "Administrative - Staffing" are awear that it is Common knowledge that Solitary Confinement effect's the Plaintiff severely.

12) The Plaintiff was again Immediately targeted in the Same way that Brought Forth the Suit ("Crispin V. Reischerl")

13) These action's were taken against the Plaintiff when he tried to enforce Compliance with the settlement.

14) The Plaintiff tried to address these Issues Presented in this Declaration before (8/4/2021) So that the Plaintiff Can Reopen his Case. See: Exhibit - B, C, And - D

15) The Plaintiff was Intentionally Blocked by (Cheshire, Corr, Inst) ~~the~~ Staffing to reopen his case. See: Exhibit-B, C, and D.

16) The Plaintiff was Denied ~~the~~ his Legal Book's and Legal Work to refer too in order to adequately state his motion to reopen.

17) The Plaintiff tried for (2-Month's) to gain Compliance by writting (Inmate Request Form) which he was then Given the run around while at the same time refusing the Plaintiff's the material's that would allow the Plaintiff open his case and would not schedule any call's with (A.A.G. - McChesney). See: Exhibit-B, C, and D.

18) The Plaintiff was Placed on (Chronic Discipline Program) in Retaliation for his Atempt's and Complaint's through the violation of his (Due Process) again Just as in his suit (Crispin V. Reischerd).

19) While on (Chronic Discipline) no Discharge Planning was and all out refused with the excuse that my Placement in (Isolated Confinement) excludes me From Discharge Planning.

20) Then (Covid-19) was used as an excuse not to Comply with the settlement.

21) The Plaintiff then Got Sick with (Covid-19) and Transfered to (U-conn-Hospital)

22) eventually the Plaintiff was returned to (Cheshire, Corr, Inst).

23) The Plaintiff then again Attempted to have (D.O.C.) Comply with the settlement. See: (Exhibit-G) through to (Exhibit-M) of an extreme number of Attempt's made.

24) After the Plaintiff Filed (13- Inmate Request Form's) to gain compliance and (each time Given the run-around) and (Advicating for himself nothing was done.")

25) The Plaintiff then Write a Letter to Both The (Commissioner of Correction) & The (Director of Health Gater Services) both Individual's Ignored the Plaintiff's Letter. See: (Exhibit-H)

26) The Plaintiff then filed a Grievances one on the (Supervising Psychologist) and One on the (Discharg Planner Domijan) For (non-Compliance) with the Discharge Planning. See: (Exhibit-L) and (Exhibit-m)

27) These Grievances filed on Supervising Psychologist were Recieved on (3/9/2021)

28) Soon After mental Health recieving the Plaintiff Grievance on (3/9/2021) he was Seen by (Supervising Psychologist) and (Mental Health Discharge - Planner: Mike Sussel) and then ("THREATENED") that he the "Plaintiff Can Sign over his right's as a patient to make Decision for himself Voluntarily", or "That he will be taken to Court" and those rights will be taken From him This occured on (3/10/2021) The Day after they recieved my Grievance, I file a Complaint about this with the Warden Immediately. See: (Exhibit - G)

29) The Plaintiff suffers From ("Schizophrenia") this is a Uncurable Severe Mental Health Illness.

30) The Department of Correction's staffing are retaliating against the Plaintiff by trying to take his patient right's.

Jossean Crisp'in
Cheshire, Corr, Inst
900 Highland Ave
Cheshire, CT. 06410

(Memorandum of Law)

(Section One Treatment)

1.) Since prisoner cannot obtain their own medical or mental Health Care services, the Constitution requires Prison authorities to Provide them with "Reasonably adequate" Care.

See: Newman V. Alabama, 559 F.2d 283, 291 (5th Cir. 1978); accord, Hoptowit V. Ray, 682 F.2d 1237, 1246 (9th Cir. 1982); Wolfish V. Levi, 573 F.2d 118, 125 (2d Cir. 1978), rev'd on other grounds sub nom. Bell V. Wolfish, 441 U.S. 520, 99 S. Ct. 1861 (1979) (1979); See also Langley V. Coughlin, 888 F.2d 252, 254 (2d Cir. 1989) (officials must provide "reasonably necessary medical care ... which would be available to [The Prisoner] if not Incarcerated

(Section Two Counsel)

2.) The (Plaintiff Suffer From a Severe mental Health Illness") and requested Counsel multiple times During Proceeding's and when appointed Counsel For the purpose of the settlement Process should have been notified timely Prior to any settlement Attempt by the Defendant's Counsel ~~because~~ because of the Plaintiff's mental disability that would make it difficult for him to present his case During Settlement.

("The Judge will normally take into consideration the Plaintiff's literacy, Communication skills, educational Level, and Litigation experience. To the extent there is any evidence in the record bearing on the Plaintiff's Intellectual Capacity and On Psychological history, —

This, too, would be relevant."); Hamilton V. Leavy,
117 F.3d 742, 749 (3rd Cir. 1997) (Counsel should be appointed
For prisoner with assault claim whose medical records
~~showed~~ Showed he had a paranoid delusional disorder
• See also: Greeno V. Daley, 414 F.3d 645, 658 (7th Cir.
2005) (In reversing refusal to appoint counsel, appellate
Court stated that district court was wrong in saying the
case was "factually simple and legally straightforward",
Since it involved medical records and inmates complaints
and requests over a period of two years, and requires
an assessment of the adequacy of treatment, which will
likely require expert testimony.)


(Section Three Reopening Case)
A-3.) Rule 60, Fed.R.Civ.P., permits a final judgment or
order to be corrected or vacated under certain
circumstances.      One part of the rule provides that
clerical errors in judgments, orders, or other parts of the
record, and errors arising from oversight or omission ("like
not Notify the Plaintiff in a timely matter that he was appointed
Counsel and that a settlement Conference was Schedule")
may be corrected at any time. See (Rule 60(a), Fed.R.Civ.P.)
See also Rule 60(b)(3), Fed.R.Civ.P. For ~~Fraud,~~
~~~~ other misconduct by an "adverse
party." See: (General Universal Systems, Inc. V. Lee,
379 F.3d 131, 156 (5th Cir. 2004) ("This subsection of the
rule is aimed at judgments which were unfairly obtained,
not at those which are factually Incorrect).

The fact the Plaintiff was Pressured by the Defendant's Counsel Can be "Inferred" as ("misconduct") by the "adverse party" as it occured on (July, 14, 2020) the (Same day) the Plaintiff was appointed Counsel" For the (Sole purpose of representing the Plaintiff in settlement) but the "Defendant's Counsel failed to notify" the Plaintiff of which he had a Legal Obligation, Wether this was an ("Intentional act of Neglect") on the "Defendant's Counsel" Side or (Created by Clerical errors") is yet to be clearly Determined Until this case is reopened to examined the fact and address All Issues and Violation's of (Breach of Contract) and (misconduct) and or (Clerical errors)



( Brief In Support of )
( motion to Reopen Case )

( Argument #1 )

1) The Plaintiff entered into a settlement
uncertian of the clear meaning of the terms.



2) The Plaintiff was lead to believe ~~that~~ that the
purpose of the settlement was to achieve a proper
and adequate Discharge Plan to help the Plaintiff
with the necessary mental Health treatment
needed to deal with the effects of

Solitary Confinement and to help with the plaintiff "Severe mental Illness" and the way that Solitary Confinement has effected the Plaintiff's mental Illness because the Plaintiff know's from past experience after being kept in Solitary Confinement For year's It took the plaintiff nearly (5-year's) to Function normally again, because of this experience the Plaintiff know's the best way to best recover from the (Psychological torture) of ("Solitary Confinement") and believed that he will be able through the Settlement agreement to Develope a proper Dicharge Plan to Slowly Integrate the Plaintiff back into the Community Safely and in the best way Possible.

3) The Plaintiff has been mislead and taken advantage of by (Assistant Attorney General: Jacob McChesney) because of what I stated in (Section 2) of this Declaration but also the (A.A.G. Jacob McChesney) failed to notify me that the ("Court had appointed Counsel") For Plaintiff to help the plaintiff to understand and represent the plaintiff in the settlement process.

4) The order made by the Court was on (July,14,2021) to (appoint Counsel in a Settlement Conference) for this to be done the Defendant's Counsel must be made awear. See: (Exhibit—E)

5) It is Safe to Say that (A.A.G.-McChesney) was made awear prioir to (July,14,2021) as fact.

6) The Plaintiff was called multiple times on (July, 14, 2021) and mentally pressured ~~together~~ by (A.A.G.-McChesney) Into this settlement unsure of the clear terms of which The Plaintiff verbally told (A.A.G.-McChesney) of being unsure (A.A.G.-McChesney) ~~was~~ verbally Convince the Plaintiff he would be recieving the Proper treatment & Discharge Planning to Remedy the wrong but now almost a year Later nothing has been Remedied.

7) In Fact the Complete opposite has occured soon after signing the settlement the (Plaintiff was targeted) and Given a false (Disciplinary Report) and sent to Segregation and then an Atempt made to falsely Place the Plaintiff in a (Solitary Confinement program) ("again") Known as (Chronic Discipline Program), the Plaintiff had the (Placement on Solitary Confinement Deferred) after multiple witnesses came Forward to give ~~out~~ Statements on the Plaintiff's behalf.

8) During this time (Cheshire, Corr, Insl) Administration and Staffing "Knew" of the (Plaintiffs civil suit) and "the plaintiff's history that Lead to his false Placement on Administrative Segregation Placement" as he the Plaintiff has been and Still to this day is Question on the Topic Concerning (Correctional Officer: Purdy) and the Incidents that Lead to his (AS,) Placement and there is a unwritten Custom that an ~~out~~ Attack on one officer is an Attack on "All Officers".

9) (Cheshire, Corr, Inst) Administration Staffing & Officer's
Know how "Solitary Confinement" (effect's the Plaintiff) and
"again used it" as a (tool) to "retaliate and punish" the
Plaintiff and Subject me to "Mental torture knowingly"
of which the settlement was done to prevent this
Continued abuse of the Plaintiff and his Constitional
Right's.

10) A Few week's later after the first Atempt the
Plaintiff was targeted again

11) This time the Plaintiff was placed in a cell-with
another (Inmate) even though the ~~the~~ Plaintiff was on
(Single-Cell-Status) do to his (Severe Mental Illness)
because it is a known fact it is a safety and security Issue
that causes ~~Atercation~~.

12) This was done to again target the plaintiff and set
the plaintiff up to Justify a (Solitary Confinement
Placement in Chronic Discipline) not just for filing his
Suit but For Retaliation For (Attack a Correctional
Officer) and again for Retaliation for fileing (#2-Resent) suit's

13) The Plaintiff was close to a Physical fight with his
(Cell-Mate) Intentially precipitated by (C.C.I.) Administration
Staffing.

14) During the time spent in the cell with this (Inmate) (Correctional Officer's) would approach the Plaintiff on multiple Occation and Stated I'm surprise you haven't fought yet or other statement's like I'm surprise your still there.

15) a Few days after almost getting into a fight with my (cell-mate) he set me up with (Shank/shive).

16) we were both Brought to segregation

17) he was Found Guilty For the (Shank/shive) meaning my cell-mate was Found Guilty.

18) About a Few day's Later I was Found guilty for the Same (Disciplinary Report Action) my (cell-mate) was already Found Guilty For Under Clear and open (Due-Process failure) Intentionally Just like in the claim I Filed ("Crispin V. Reischer, et.al) Showing clear Retaliation and targetting of Plaintiff

19) Then Soon after the Plaintiff was Placed in Solitary Confinement again, even after expressing how it Psychologically exacerbates the plaintiff's (Severe mental Illness/schizophrenia)

20) These action's were taken against the plaintiff because the Plaintiff Continuely tried to get The Department of Correctional Staff here at (C.C.I.f

Cheshire, Corr, Inst) to Include mental Health
Staffing to Comply with Settlement agreement
of which the openly refuse to comply and have
been Giving the run around for almost a year
now.

2) Most Resently The Plaintiff was threatened
by (Mental Health Discharge Planner: Mike sussel)
who was assigned by (A.A.G. ~~McChes~~ McChesney)
even after the plaintiff objected because of the Fact
that (Mental Health Discharg Planner: Mike sussel)
"refused to Provide" the Plaintiff with an (adequate —
Discharge Plan)

22) On (3/10/2021) I was seen by (Mental Health Discharge
Planner: Mike Sussel) I asked if he was there to
discuss (mental Health Residential treatment) he "mike sussel"
Said no that he was there to discuss (Conseratorship)
I expressed what do you mean by this (mike sussel)
Said the only way I am going to get treatment From
(D.M.H.A.S. / the Department of mental Health & Addiction
Services) is if I sign over my rights to make my own
Decision's and Let someone else to make them,
I express why do I need to sign my rights over to you
Just to get treatment that is needed he said he knows
Someone named Jennifer who I could willingly sign my
rights to Conservator ship too I said to him why
would I give the Department of Correction Control over
my life when I am ~~&~~ in the middle of multiple —

Civil Litigation's for Physical abuse, medical abuse, and mental abuse and Denial of treatment or anybody associated with (The Department of Correction's) When I'm doing perfectly well advicating for myself but I see that your Issues and The Department of Correction's Issues is the administration is not happy that Pressuring them to Comply with the Settlement and to respect my Civil Right's and the fact I am well and Capable to enforce this is why you have been sent to threaten me with taking away my (Patient Right to advicate For myself) At this point (Discharge Planner: Mike Sussel) said that I can do it ~~volunteer~~ Voluntarily over they will take me to Court and take my right's From me.

23) I that same day filed an (Immate Request Form to (Warden: Walker) Dated (3/10/2021) addressing this threat Made by (mike Sussel)

24) because it is clear this is being done in retaliation For enforcing my right's because this threat came soon after I filed a (Grievance on Mental Health Doctor) and the (Discharge Planner: Domijan) for refusal to provide a (Discharge Plan/over Develope a Discharge Plan) as the settlement stated one should be Done within (30-Days) of signing the settlement and ~~know~~ None has been Developed over Provided or worked out with the Plaintiff.

25.) The Plaintiff tried to address the Issues Presented in this Declaration before the (8/4/2021) so the he can reopen The case and address all matters outlined in this Declaration. See (Exhibit-A)

26) but Was blocked by (Cheshire, Corr, Inst) Staffing for almost (2-month) even after the Plaintiff notified the he has a Deadline to meet before it's to late & was refused for 2-months

27) The Plaintiff Atempted multiple times and was Block and Denied his Legal-work to address the Legal Issue in this Declaration. See Exhibit-B, C, and D Inmate Request form of Atempts.

28) The Plaintiff is now addressing it because he was Given Legal advice on how to Proceed with Retifying this wrong by another Prisoner because prior to this motion the Plaintiff didn't Know how to rectify this matter until recently



(ARGUMENT) #(2)

"Rule 60, Fed.R.Civ.P.," permits a final Judgment or order to be Corrected or vacated under certain circumstances. ~~The~~ The rule provides that Clerical errors in Judgments, Order, or other parts of the record, and ("errors arising from oversight or Omissions"), may be Corrected at any time.

Rule 60(b)(3), Fed.R.Civ.P. <u>See</u>: General Universal Systems, Inc. <u>V.</u> Lee, 379 F.3d 131, 156 (5th Cir. 2004) ("This subsection of the Rule is aimed at Judgments Which were unfairly obtained, not at those which are factually incorrect.

(1.) As the Plaintiff outlined the Plaintiff suffers from ("Schizophrenia") this is Deemed by the ("American's with Disabilities Act) as a (Severe Mental Health Illness) this mental Illness is "extremely unpredictable" and "effects the Brain Causing" "Delusion's" and "Audio-visual hallucination's" this is an ("un-curable") (Severe Mental Health Illness) that can only be managed and "Can effect the Plaintiff at random". Because of this the Plaintiff has spent his whole Incarceration in a "Tormented struggle of Psychosis" of which the Department of Correction is unable to adequately treat and Placed the Plaintiff in a Clear Disadvantage During his Litigation's ~~During this~~ ~~xxxxx~~ because of this the Plaintiff Should have had Counsel Appointed to him not Denied

2. The Plaintiff believes if he recalls correctly that he Attempted to have Counsel Appointed to him (2) to (3) Time's During Litigation. See: Hamilton v. Leavy, 117 F.3d 742, 749 (3rd Cir. 1997) (Counsel Should be appointed For prisoner with assault Claim Whose medical records Showed he had a paranoid delusional disorder)

3. The Plaintiff Was appointed Counsel but never Notified by the Defendant's Counsel Who Pressured the plaintiff into a Settlement that did not Remedy the wrong in Constitutional Violation's or Deter the Department of Correction from future Constitutional Violation's.

4. Since then the Plaintiff has been Repeatedly Targeted in the exact Same Way that made the Foundation of this claim by (False Disciplinary Reports), a (False accusations), (Due Process Failure), (Retaliation), (False Solitary Confinement Placement in Retaliation) these exact U.S. Constitutional Violation's are why the Plaintiff Filed Suit

Jossean Crispin
Cheshire, Corr, Inst,
900 Highland Ave
Cheshire, CT. 06410

Jossean Crispin
Cheshire, Corr, Inst,
900 Highland Ave
Cheshire, CT. 06410

End of Brief In Support of Motion
to Reopen Case.

( Exhibit - A )

Consist of  Electronic filing notice
Document ~~data~~  Number "( 112 )

**Testa,** ▇▇▇▇▇▇

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Tuesday, July 14, 2020 3:38 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:19-cv-00413-VLB Crispin v. Reischerl et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 7/14/2020 at 3:37 PM EDT and filed on 7/14/2020
**Case Name:**     Crispin v. Reischerl et al
**Case Number:**     3:19-cv-00413-VLB
**Filer:**
**Document Number:** 112(No document attached)

*Recieved on 7/15/2020*

**Docket Text:**
**ORDER DISMISSING CASE as settled. Counsel for the Defendants has reported that this case has settled. Rather than continue to keep the case open on the docket, the Clerk is directed to terminate this file without prejudice to reopening on or before 08/04/2020. If the parties wish to file a stipulation of dismissal for approval by the Court or simply for inclusion in the Court's file, they may do so on or before 08/04/2020. The date set forth in this order may be extended for good cause in accordance with Local Rule 7(b). Signed by Judge Vanessa L. Bryant on 07/14/2020. (Diamond, Matthew)**

**3:19-cv-00413-VLB Notice has been electronically mailed to:**

Jacob McChesney     jacob.mcchesney@ct.gov, jenny.vidaurre@ct.gov

**3:19-cv-00413-VLB Notice has been delivered by other means to:**

Jossean Crispin
#339978
CHESHIRE CORRECTIONAL INSTITUTION

Exhibit—B

Consist of Inmate Request
Form Dated (7/22/2020)

With written Responsed From
C.T.O Torres

 

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin     Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst,   Housing unit: Cell-8/Seg   Date: 7/22/2020

Submitted to: C.T.O. Torres

Request: I need this addressed as soon as possible Please my (Legal Work, Evidence, Legal Book's) are "missing" and as you are aware I was given the chance to go through Legal property today (7/22/2020) where this was then Discovered here is the List of missing Item's: (All my Grievance Receipt's) (All my Certified mail Receipt's) (All my Legal Book's) (Legal Document Like statement's) (Police Report by State police) (a Complete Civil suit with Discovery) (Evidence in civil suit's) (writing padd's Isdated to each of my civil suit's with Legal Documention). I need All these thing Found Please Verry Important (I Need a Writtin Response)

<div align="center">continue on back if necessary</div>

Previous action taken: my 4th Admynt

<div align="center">continue on back if necessary</div>

Acted on by (print name):     Title:

Action taken and/or response: Your request was forward to Property. As this is all Property Issues

<div align="center">continue on back if necessary</div>

Staff signature: Torres     Date:

(Exhibit-C )

Consist of an Inmate Request
Form Dated (7/3/2020).

Written Response dated (8/4/2020)

by Captian: James Watson

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst

Housing unit: Cell-8 / Seg

Date: 7/31/2020

Submitted to: Capt. Watson

Request: I have #3 open Civilsuit #2 Instate and #1 out of State Sir and Please understand that wether I am in Segregation or not I have the Right to my 1st 5th and 14th Amendment that allow's me my Legal Work and Legal Book's and any Document's thereof to litigate and file any Civilsuit even if in segregation

And my 4th case is settled/Dismissed but I have (30-Day's to add Stipulation to this Settlement/Dismissal which end's on (8/4/2020) and to write this out take's

*continue on back if necessary*

Previous action taken: a lot of time that I'm losing verry fast. by not being Given my what I've Requested Please Aid me for the matter.

(I've been asking for my Legal Book's since coming here)

*continue on back if necessary*

Acted on by (print name): WATSON

Title: Capt

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

(Exhibit - D)

Consist of Inmate Request
Form Dated (9/1/2020)

Written Response Dated (9/14/2020)
by C.T.O. Torres

C/C
made
LegalWork

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin | Inmate number: 339978

Facility/Unit: Cheshire | Housing unit: East Block-1 Cell-21 | Date: 9/1/2020

Submitted to: Captian : Watson

Request: I have addressed the "property officer" "C.T.O." and all have Referred me to you concerning getting my Legal Property. So I am asking you just like last time. For (all) my Legal Work, Legal Book's, Legal Document's Because I have (two law scit's in Court and I am Involved in 3-three Class action lawscit's and "Need" (all) my Legal Work to be able to Litigate my Case's. What I am asking for are Protected by Right's under the U.S. Constitution Known as the (1st, 4th, 5th, and 14th Amendment's) therefore I ask for all my "(Legal Property / Legal Work / Legal write ups / Legal Documents / Legal Book's / and any and all Item's that will assist me in my legal Proceeding and research in my property) If you refuse to provide all my (Legal property) then make my Legal property accessable to me in a timely Fashion UP OR written Request So that I can meet the Court's need During proceedings and also File any Suit I may it nessa necessary.

*continue on back if necessary*

Previous action taken: My last time in Segregation these right's were abused and maniputively Denied Please do not make this mistake twice.
Thank you
(This is a time Sensetive matter Please address before) (15-Day)

*continue on back if necessary*

Acted on by (print name): | Title:

Action taken and/or response: 9/14/2020 CTO Torres made an attempt to retrieve Your property. However on this date there was no property officer on post. This request will be forward to 2nd shift property officer So this request can be addressed.

*continue on back if necessary*

Staff signature: Torres. | Date:

(Exhibit - E)

Consist of Electronic filing
(Document number 111)
Showing this was filed before
the Dismissal of case

**Testa,** ▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Tuesday, July 14, 2020 3:14 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:19-cv-00413-VLB Crispin v. Reischerl et al Order on Motion to Appoint Counsel |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

Received
on 7/15/2020

**District of Connecticut**

### Notice of Electronic Filing

The following transaction was entered on 7/14/2020 at 3:13 PM EDT and filed on 7/14/2020
**Case Name:** Crispin v. Reischerl et al
**Case Number:** 3:19-cv-00413-VLB
**Filer:**
**Document Number:** 111(No document attached)

**Docket Text:**
ORDER granting in part and denying in part [86] Plaintiff's Motion to Appoint Counsel. Plaintiff continues to receive some legal assistance from ILAP, as evidenced by exhibits submitted with his motion for reconsideration. Moreover, Plaintiff has not established that his claim is likely to be of substance and that the factors addressed in the Court's earlier rulings denying his motions for appointment of counsel have changed. *See Hodge v. Police Officers,* 802 F.2d 58, 60 (2d Cir. 1986). However, the Court will appoint *pro bono* counsel solely for the purpose of representing Plaintiff at a settlement conference. The appointment of counsel shall extend no further than this limited assignment. See Local Rule 83.10(c)(3)("A limited-purpose appointment will be limited to the purpose identified in the order of appointment and will not extend to any other part of the litigation process."). The Clerk is directed to assign *pro bono* counsel for this limited purpose pursuant to Local Rule 83.10(d). Signed by Judge Vanessa L. Bryant on 07/14/2020. (Diamond, Matthew)

**3:19-cv-00413-VLB Notice has been electronically mailed to:**

Jacob McChesney    jacob.mcchesney@ct.gov, jenny.vidaurre@ct.gov

**3:19-cv-00413-VLB Notice has been delivered by other means to:**

1

( Exhibit - F )

Consist of a ( 5 - Page ) Settlement
agreement Which is in Question
Dated ( July / 14 / 2020 )

*I am challenging this settlement as Viod*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CRISPIN         :     3:19-CV-00413 (VLB)

   v.           :

REISCHERL, ET AL.      :     JULY 14, 2020

## GENERAL RELEASE AND SETTLEMENT AGREEMENT

   The Plaintiff, Jossean Crispin (inmate #339978), and the State of Connecticut, hereby agree as follows:

1. The Plaintiff will stipulate to dismissal of this matter with prejudice, and without an award of costs or fees to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Within thirty (30) days of the completed execution of all necessary forms, including this General Release and Settlement Agreement, a W-9 (to be completed by Plaintiff), and dismissal forms for the above-captioned case, the State of Connecticut will pay to Jossean Crispin the total sum of one thousand dollars and zero cents ($1,000.00) in full and final settlement of this and any and all other matters between the Plaintiff and Nick Rodriguez, Craig Purdy, Elizabeth Tugie, Carlene Davis, Keith Lizon, Gregorio Robles, Brian Jackson, Scott Semple, and Shannon Dow, in both their individual and official capacities (hereinafter referred to as the "Represented Defendants").

3. Prior to the Plaintiff's release from incarceration related to his current period of incarceration, the State of Connecticut also agrees to the following:

   a) Within thirty (30) days of the full execution of this agreement, the Department of Correction will assign a health services discharge planner to work with the Plaintiff for

the purpose of developing a discharge plan, and the assigned discharge planner will begin the discharge planning process for the plaintiff.

b) Within thirty (30) days of the full execution of this agreement, the Department of Correction will add the Plaintiff's name to the Multi-Agency Re-entry Advisory Group (MARAG) list.

c) As pertains to conditions 3(a) and 3(b), the Department of Correction can make no guarantee regarding the Plaintiff's exact discharge plan or the availability of resources for such plan. As such planning requires coordination with other agencies, the Department of Correction has no control whatsoever regarding how such other agencies use their resources.

4. By executing this General Release and Settlement Agreement, the Plaintiff hereby agrees to release and forever discharge the Represented Defendants, and their heirs, successors, and assignees, from all actions, causes of action, suits, claims, controversies, damages, and demands of every nature and kind, including costs, attorneys' fees, and monetary and equitable relief, which the Plaintiff and his heirs, successors, and assignees ever had, now have, or hereafter can, shall, or may have for, upon, or by reason of any matter, cause, or thing whatsoever from the beginning of the world until and including the date Plaintiff signs this General Release and Settlement Agreement, including but not limited to acts arising out of, or in any way related to the incidents or circumstances which formed the basis for the above-captioned lawsuit, including but not limited to such actions as may have been or in the future may be brought in the federal courts, the courts of the State of Connecticut, the courts of any other state or jurisdiction, any state or federal administrative agency, or before the Connecticut Office of the Claims Commissioner pursuant to Connecticut General Statute § 4-141 *et seq.*

2

This General Release and Settlement Agreement as to the Represented Defendants includes, but is not limited to, all causes of action alleging violations of the Plaintiff's state and federal constitutional rights, his rights arising under the statutes and laws of the United States, under the statutes and laws of the State of Connecticut, under the statutes and laws of any other state or jurisdiction, and causes of action available under the common law.

5.  The parties expressly state that nothing in this Agreement shall be construed as an admission of wrongdoing of any kind by any Defendant, the State of Connecticut, its employees, officers, officials, agents, or representatives.  Rather, this General Release and Settlement Agreement represents a compromise of disputed issues of fact and law.

6.  This General Release and Settlement Agreement may be executed in counterparts, each of which shall be deemed an original. This Agreement shall be binding upon the parties and their respective heirs, successors, and assigns.

7.  The language used in this General Release and Settlement Agreement will be deemed to be the language chosen by the parties to express their mutual intent and no rule of construction will be applied against any party. The term "including" as used in this Agreement is used to list items by way of example and shall not be deemed to constitute a limitation of any term or provision contained herein. This General Release and Settlement Agreement shall be deemed to have been made in the State of Connecticut, and shall be construed and enforced in accordance with, and the validity and performance hereof shall be governed by, the laws of the State of Connecticut, without reference to principles of conflict of laws thereof. This General Release and Settlement Agreement shall not be construed more strictly against one party than against the other by virtue of the fact that the General Release and Settlement Agreement may have been drafted or prepared by counsel for one of the parties, it being recognized that all

3

parties to this General Release and Settlement Agreement have contributed substantially and materially to its preparation.

8. Nothing in this General Release and Settlement Agreement shall be construed as waiver of the State of Connecticut's immunities, including residual and sovereign immunities under the Eleventh Amendment and Connecticut common law.

9. The State of Connecticut will not seek to recover costs of incarceration under General Statute § 18-85a from the one thousand dollars ($1,000.00) in proceeds paid under this Settlement Agreement. However, this agreement is limited to the State of Connecticut forgoing its right to collect costs of incarceration under General Statute § 18-85a from the specific funds paid as a result of this Settlement Agreement. Nothing in this agreement shall be construed as the State of Connecticut waiving Jossean Crispin's debts. Nothing in this agreement shall be construed as the State of Connecticut waiving its rights to collect debts owed by Plaintiff from funds or assets other than the one thousand dollars ($1,000.00) in settlement proceeds.

10. If any portion of this General Release and Settlement Agreement is held invalid or inoperative, the other portions shall be deemed valid and operative, and so far as reasonable and possible, effect shall be given to the intent manifested by the portion held invalid or inoperative.

11. This General Release and Settlement Agreement is the full and complete agreement of the parties and supersedes and replaces any prior agreements, whether oral or written. Any amendments or modifications of this General Release and Settlement Agreement, including to this sentence, must be in writing and executed by all parties, or by the Plaintiff and the State of Connecticut, to be effective.

12. All signatories below hereby represent and confirm that they have the legal authority to enter into this General Release and Settlement Agreement.

4

**IN WITNESS WHEREOF**, the parties hereto to have executed this General Release and

Settlement Agreement effective July 14, 2020.

PLAINTIFF
Jossean Crispin

STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

Crispin
Jossean _____ July 14, 2020
Jossean Crispin
Inmate # 339978
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____ July 14, 2020
Jacob McChesney
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591

All matters in this
settlement is pertaining to
The Defendant's in this suit
and only the Defendants in
this suit Concerning the
Release of All Claims,
But allow the Plaintiff to
file suit on matters Prior and
after that Do not Involve any of
the Defendants in this settlement
Release as Discussed with Assistant
Attorney General: Jacob McChesney
I The Plaintiff am signning with this
understanding
Signed: Jossean Crispin

( Exhibit - G )

( This exhibit Consist of a
Inmate Request Form Dated: 3/10/2021 )

Addressed to Worden: Walker about
being Threatened by ( Discharge Planner
mike Sussel )



Exhibit-G **Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin    Inmate number: 339978

Facility/Unit: Cheshire Corr. Inst.    Housing unit: Cell NB-2 49    Date: 3/10/2021

Submitted to: TO: Warden: Walker

Request: I requested Mental Health Residential treatment be set in place before my end of sentence to help me Integrate into the Community, I'm trying to get this done for awhile. Today I met with (Mental Health Discharge Planner: Mike Sessel) and was told that the only way (the Department of Mental Health & addiction-Serviced) would provide me with treatment is if I have a Conservator and told me if I don't do it voluntarily, that a Court order will be Seeked out against my will so that all Decision's will be made For me. I expressed that I am more then Capable of making my own Decision's Concerning my treatment as I have ~~been~~ through my

*continue on back if necessary*

Previous action taken: adult life & should not be forced to Give up my free will of treatment in order to recieve adequate, proper and necessary treatment at (Whiting Foresic Unit) Residential treatment by D.M.H.A.S / the Department of mental Health & Addiction Services) this Occured, Soon after I filed Grievance's on both (Mental Health) & (Discharge Planner) here in (Cheshire Corr. Inst.) *continue on back if necessary*, For refusal to Provide a Proper DisChargePlan in Place.

Acted on by (print name):    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:    Date:

(Exhibit - H)

this Exhibit Consist of a (#4-Page) copy
of the Letter Sent to (Both) (Commissioner of
Correction's Angel Quiros) and the
(Director of Health Services) Dated: (2/11/2021)

Exhibit-H

Date: 2/11/2021                                        Page: 1 of 4
      TO Director of Health services
   TO: Prison Commissioner: Angel Quiros
   D.O.C. Main Office 24 Wolcott Hill Road,
   Wethersfield, C.T. 06109
   (C.C.) Sent to "D.O.C." (Director of Health
   Services)

From: Jossean Crispin #339978
Cheshire, Corr, Inst,
900 Highland Avenue
Cheshire, C.T. 06410

(Reason For this Letter & Request's forms Inclosed)

    1.) Since I was admitted into (D.O.C.) I have been in and
out of (In-patient/suicide Watch) treatment and Shipped around
From facilities to facilities because of the (Department of
Corrections enabilities to mange and treat my mental Illnesses
and (Instead punished For it) and (mentally and Physically
tortured) by the use of (Northern, Corr, Inst) and Later multiple
false Solitary Confinement Placement of which one I sued for and
made a settlement agreement on and the second Placement on
Solitary Confinement, was on (Chronic Discipline) which I was
targeted for and maliciously subjected too after the (Disciplinary
Coordinator already found Someone else Guilty for the action)
I was later acused of and then also Found Guilty even after
Present Proof and Witnesses Showing I was Innocent.

Date: 2/11/2021                                    Page: 2 of 4

2) "I have spent more then half of my (4-Years) sentence" "In & out of In-Patient treatment" both within (D.O.C.) and (Connecticut Valley Hospital) and (In & out) of (Solitary Confinement) because of my mental Illnesses.

This has effected me ("Severely psychologically, Emotionally, and Physically") amounting to me to (Psychological and Physical Torture).

I am no longer myself I feel Darker Inside after being Systemicly tortured and tormented for soo many year's "I can't Function Psychologically, Emotionally, or Physically" not even In General population in Cheshire, Corr, Inst. I don't feel normal because Being around sooo many people make's me paranoid and shot's me into fit's of Anxiety Causing my (P.T.S.D.) to go (Heywire) my sleeping pattern's are off Where I alternate From Sleeping allday being up verry later and then "Jumping all over the Chart's affecting my daily routine" While at the same time (trying to manage my mental Illnesses) While My thought's pattern has become extremely Disturbing" Where I think of (Mass murder, and or (Hunting Down the Individual's who subjected me to this Psychological and Physical torture) and (Torturing them in the worse Way's before Killing them,) These thought Scare me out my mind to think about Committing act's like these and committing suicide by Cop's is not normal but after being assaulted multiple time's by Correctional Officer's, and being Denied mental Health treatment and Left to suffer psychologically in torment then Placed in solitary Confinement over & over subjecting me to farther

Date: 2/11/2021                    Page: 3 of 4

Psychological torment and suffering Psychologically Destorying me while at the same time Dehumanizing me. I fear for my safety and the safety of the Community.

3.) (I Fear for Both my life and Safety and the life and Safety of those in the Community and what I will do or could do if Released to the Community in this State of mind) because (I suffer From schizophrenia this Combined with the psychotic thought Pattern I have Developed do to the effects of Solitary Confinement and how it has effected me Psychologically I have become a ticking time bomb and I'm terrified of what I see in the mirror) and (I am begging For help I can't be Released to the Community like this)

4.) (I am Requesting) that I be (Slowly Integrated) Into the Community by being sent to Whiting Forensic Hospital Prior to my Discharge For Mental Health treatment" and slow Integration into the Community so as to Provide a "Stable Foundation" that can Provide "housing assistance" and a "Support network that can help to remind me to take my medication" and "Provide Individual Therapy" and "full network of treatment" because (psychologically), (emotionally), and (Physically I need Help I can't bee Released in this state of mind) and (this is not Something I can recover From without extensive) "mental Health o treatment" and "psychological treatment" and (I am asking for you to facilitate" and "Approve" this process" "Angel Quiros" as it is a "Serious necessity" for the "Safety and security" of the "Community and myself" and is why I am reaching out to you)"

Date: 2/11/2021                    Page: 4 of 4

See Inclosed: Are Carbon Copies of two
Inmate Request Form's one(dated 2/4/2021) and the
second (Dated 2/6/2021)

(Note:)
    This Letter is my Atempt to Seek Help for a
proper Discharge and to Seek proper mental Health
treatment Prior to my End of Sentence and to have
proper mental Health treatment set in place Prior to my
end of Sentence within the community and to have proper
affordable Housing set in Place Prior to my end of
Sentence and to have set up a Network of Support in
the Community through The (Department of mental —
Health and Addiction services) and I Should not
be Punished or Placed on a false Suicide watch
☺ OR (Behavior Observation Status) For doing So.

(Note:) I humbly Request a Written Response Detailing
the Step's that are going to be taken to address
everything in this Letter Please & thank you.

Name: Jussean Crispin          Date: 2/10/2021

Notary Name Print:             Date: 2/10/21
Anthony J. Vignari
_____
          10/31/24



Consist of a Level-One Grievance against
mental Health Staffing for Inadequate treatment
Dated: (2/21/2021)   Plus the (Inmate-
Request Form of Atempt prior to Grievance filing
Dated: (1/23/2021)

This Exhibit is Three pages

Copies made

| CONFIDENTIAL | Inmate name: Jossean Crispin |
| **(FOR OFFICIAL USE ONLY)** | Inmate number: 339978 | Housing: Cell-49 |

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

(Attempt Made): See Attached with this Health Service Review Filing a Copy of my unanswered and unReturned Inmate Request Form dated (1/23/2021) to Mental Health Doctor.

(Issue):
I have waited almost a month Just to have my mental Health medication adjusted because it has become extremely Deficult to get up in the morning because my sleeping pattern's are erratic, my mood's are Errotic, my thought pattern's are off, do to the effects of Solitary Confinement which worsened my mental Health which has made Extremely hard to Function even in General Population to the point I Isolate myself at time, This has Lead to anxixty attack's at time's and at other's attempt's to reach out to mental Health Staffing as a way to get Grounded mentally I have Struggled through my whole Prison Sentence try to stay afloat mentally. And the fact I was Left waiting almost a month Just for a medication adjustment which show that mental Health staffing in (D.O.C) lack the staffing and rescucese to provide adequate treatment.

(To Resolve)
I need to be Granteed that my need's are going to be met all around without delay's again and that my mental Health is going to be taken Serious and All necessary need met timely and adequately without Delay in a Realistic manner that acknowledges may Concern's and addresses 'ALL' 'my Concern's' eniter adequately under the National Commission on Correctional Health Care Standard's. Filing I ask the Responder to I have Learning Disability if their are any Issue with my Filing Per Ad-8.9 Come in Person to Help me Rewrite my Health Service Review Per Ad.-8.9

| Inmate signature: Jossean Crispin | Date: 2/21/2021 |

- For all remedies except health services, deposit this form in the **Administrative Remedies box.**
- For a health services issue, deposit this form in the **Health Services box.**

SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |

| Disposition: | | Date of Disposition: |

Reason:

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |

| Signature: | | Date: |

C/C

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Joseain Crispin

Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst,

Housing unit: NB-5/Cell-35

Date: 1/23/2021

Submitted to: Mental Health Doctor

Request: I need my (Schizophrenia) medication Changed From the early morning to either (12:00-pm Noon) or (All at night) whatever is (medicaly/mental Health) wise possible. Please because Psychologically I'm already mental Mess From the effect's of Solitary Confinement and lack of treatment and I still am going In/out of psychosis with Audio-visual hallucination's Please Help because with this mind frame I came become verry Paraniod & psychotic and dilutional & I fear becoming unhinged mentally Please help. As I am close to Discharge and Don't even have a proper Discharge Plan in place I need to at Least Stay Stable to even be able to make it out safely I know From exprience my (mental

continue on back if necessary

Previous action taken: Illness) is not a game it is serious and need's to be maintained So I can function mentally because I can't remember the last time I've been able to function mentally this whole Incercaration to me has been nothing but tarture.
(This is my Second Atempt Made)

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

continue on back if necessary

Staff signature: | Date:

( Exhibit – J )

This Exhibit Consist of (#6–Six, Different Inmate Request Form Attempt to get Compliance but never getting a straight answer.

1) This (I/m Request Form) is dated (1/26/21) and answered date (2/4/21) by "Counselor Domi Jan".

2) This (I/m Request Form) is Dated (2/4/2021) and answered date is (2/17/2021) by (Discharge Counselor Domi Jan).

3) This (I/m Request Form) is dated (2/6/2021) and answered on (2/16/21) by (Discharge Counselor: Domi Jan) and (part of his Response was Whited out by him Domi Jan.)

4) This (I/m Request Form) is dated (2/9/21) and answered on (2/17/21) by (Discharge Counselor: Domi Jan).

5) This (I/m Request Form) is dated (2/14/2021) and answered on (2/19/21) by (Discharge Counselor: Domi Jan) Who is expecting Probation to do his Job on Discharge not before.

6) This (I/m Request Form) is dated (2/13/2021) and answered on (2/19/21) by (Discharge Counselor: Domi Jan)

2/18/86

C/C made

# Inmate Request Form
## Connecticut Department of Correction

CN.9601
REV 1/31/09

Inmate name: Joseaur Crissin    NB249    Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst,    Housing unit: 9/NB13    Date: 1/26/2021

Submitted to: Re-entry Counselor: Domijan

Request: I made a settlement agreement on a lawsuit against (D.O.C.) with the state (Assistant Attorney General) part of this settlement Include's ① to be assigned a (mental Health Discharge Planner: Mike sussel) of Garner, Corr, Inst, ② my Discharge Planning would start the moment I sign the settlement ③ This was done do to (my serious mental Illnesses) to (Insure) I Receive housing & mental Health treatment" that will be put in place before Discharge. ④ I am to be put on the (multi-Agency Re-entry Advisory Group/M.A.R.A.G.) list. my Issue is At the moment & for the last (4-months) nothing towards preparing for my Discharge is being done & I'm completely Clueless of what's Happening or being done & no one is meeting with me to be able too and I have no Notification if I was even ever Placed on the (multi-Agency Re-entry Advisory Group/M.A.R.A.G.) list at all can you Please address this and write me Letting Know if you fixed it continue on back if necessary

Previous action taken: (C.C.) sent Warden: Walker, Deputy Warden Nunez, Mental Health Doctor: Cruz, Re-entry Counselor: Domijan.
   All parties have been & are being addressed as this is Both a "Mental Health matter" as much as a Custody matter Please work together to get thing back on track as I was being Seen once a month by (Mike Sussel) & now no one is seeing me For Discharge Planning. continue on back if necessary

Acted on by (print name):    Title:

Action taken and/or response:

You have been added to the MARAS list and I have spoke with you about the areas we will cover in the coming Months. I have also Spoke with Mental Health to help develop a plan for your discharge.

continue on back if necessary

Staff signature:    Date: 2/4/21

(C.C. sent to D.O.C. Commissioner Angel Quiros)

# Inmate Request Form
CN 9601
REV 1/31/09

## Connecticut Department of Correction

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: Cheshire Corr. Inst.

Housing unit: NB-2 Cell-49

Date: 2/4/2021

Submitted to: Re-Entry Counselor: Domijan

Request: We talked today about my concerns with Discharge ① is my mental Health treatment, because after so long of being in **Prison** mentally adjusting to the world will be extremely (difficult) (mentally), (emotionally) and (Physically) and will Place the community in Danger to release me without **Ro** (slowly) Integrating Into the Community through the use of (Mental Health residential Group Home living) to help me slowly Integrate me into the Community Prior to my end of sentence because more than Half my sentence has been spent in (Isolated Confinement) and I know myself and I know I can't just be Released to the Community with the mental State of mind I'm In because it will Place (my life & Safety in Danger) as well as the (lives and safety of the Community in Danger).

② my last Incarceration of (one year) I was Released on (10/6/2017) without no (mental Health treatment) set up Prior to my Release to Properly help me (Integrate into the Community) (within a month I begin to decompensate mentally) because (I ran out of medication) and the waiting list to See a (Prescriber/Doctor) was (6-month's) backed up as well as Intake appointments because of this (I had no treatment options) or (Help) I ended Homeless living In the woods **In** a make shift tent in the middle of winter Robbing & Stealing just to feed myself and Survive while at the same time going in and out of Schizophrenic-Psychosis) within a month Probation officer Filed for a warrant for Re-Arrest for Non Compliance with mental Health treatment not understanding I was completely mentally gone and Had no control over my ~~Previous section taken~~ mental Faculties this can never happen again and is why I am pushing for a proper Discharge because this is extremely Important.

③ To aviod looking at life in Prison as I was Faced with this Post ~~sentence~~ (charge) I kept and for my Safety and the Communities Safety, I am asking to be (sent/admitted) to whiting Forensic Hospital Prior to my end of sentence) for (Discharge Planning, mental treatment, housing) and slow Integration into the Community because anything else **to** Short of, is to Place my life and Safety in jeopardy as well as the Communities.

and D.O.C. Commissioner

(C.C.) Sent to the (Warden) & (Deputy Warden's) & (mental Health) Doctor

Acted on by (print name): CC Domijan

Title: Re-Entry Counselor

Action taken and/or response:

Please let Me assure you that I continue to work on Your I.D procurement necessary for Your discharge. We will be working on housing for you 60 days from discharge. I understand Your concern, but please understand that your necessary **to entry** needs will be Met before you discharge with us.

continue on back if necessary

Staff signature:

Date: 2/17/21

(Note): I should not be punished for seeking a proper Discharge by expressing my serious Problem and mental Illness or Put on a false Suicide Watch for doing so and Seeking Help.

**Inmate Request Form**

CN 9601
REV 1/31/09

**Connecticut Department of Correction**

Note (C.C.) sent to Warden, Deputy Warden, mental Health staffing and C.C. DomiJan

Inmate name: Joseran Crispin

Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst

Housing unit: Cell-49 NorthBlock-2

Date: 2/6/2021

Submitted to: Mental Health: Doctor's/my mental Health caseworker

Request: ① I having serious Concern's & trouble with my Discharge Planning & need to be (slowly Integrate In to the Community) by being sent to (Whiting Forensic Hospital) Prior to my Discharge For mental Health treatment, Discharge Planning, housing assistance, and slow Integration in to the Community For Both my life and safety and the Community ② more than Half my Incarceration of 4 year's has been spent in (Solitary Confinement) & the psychological effect's From the (Physical & mental torture) I was subjected to has me developed in me a (Deeply routed Hatred and psychotic thought pattern that even scare's me) to think like this and (I Fear for the safety and life of the Community & myself) as I near my end of sentence because I Know "psychologically" and "emotionally" and "Physically" I am not O.K. I Feel I am

*continue on back if necessary*

Previous action taken: no longer Human as if my Soul is no longer mine and I have a battle Inside of me that is scaring the Hell out of me because I should not be thinking of mass murder or Hunting down and torturing & Killing everyone I hold responsible For the Physical & Psychological torture I was subjected too During all my time's in (Solitary Confinement) D.O.C. has Initiated with thier Policies & and I'm asking For help before Discharge Which Includes mental Health Staffing assistence In the Process.

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

Mental Health is aware of your situation and is currently working with you, I also spoke with you in regards to Re-Entry and helping to bridge the gap between your incarceration and release to the community, Housing, I.D's, insurance etc.

*continue on back if necessary*

Staff signature:

Date: 2/16/21

C.C. (Re-entry-Counselor: DomiJan)

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: Cheshire Corr, Inst,

Housing unit: NB-2 Cell-49

Date: 2/9/2021

Submitted to: Re-entry Counselor: Domiran

you express that you did not know if my (Diver's Lisence) was properly stored and asked me to write you to Insure to remind you to check into it.

I have Document Proof that my 𝕆 I paid for my (Diver's - Lisence) and that (D.O.C) has Recieved it and Stored it So please make sure nobody lost my (Driver's Lisence)

continue on back if necessary

Previous action taken: Written Response Requested

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

I checked the safe and "Yes" we do have your Valid State of CT Drivers' License Stored.

continue on back if necessary

Staff signature:

Date: 2/17/21

**NO Name, Inmate Number or Cell= NO Service**

Copies made

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin          Inmate number: 339978

Facility/Unit: Cheshire Corr, Inst,    Housing unit: Cell-49 North Block-2    Date: 2/14/2021

Submitted to: Re-Entry Counselor: Domi Jan

Request: (1) I wrote an Inmate Request Form address my Drivers license to make sure it's still properly stored. I need a written Response that

(2) I also sent #2 other Inmate Request Form's One Dated 2/4/21 and the second dated (2/6/21)

(3) I also sent you #2 Inmate Request Form's both dated (2/13/21) Plus this Inmate Request Form as well

I need (All) these Inmate Request Form's Stated in this Request answered and addressed Writtenly if there are any ISSUES or if any are missing or you seem not to have gotten them Please come See me So I Can Give One of the copies as I have copies of all of

continue on back if necessary

Previous action taken: them.

(4) My verbal Discussion with you last you said you'll check with Probation to see if I can go to (residential treatment) I must Notifying you Probation has no Say on this matter nore can they Dictate the matter they only supervise to make sure I commit no crimes thatsall their power is Leave Probation out of my Discharge Planning Decision its (Illegal)

continue on back if necessary

Acted on by (print name):          Title:

Action taken and/or response:

I have already responded to you that we in fact do have your Driver's License secured here for you. And I have responded to every request that you have sent me.
- Probation does assist Me with housing individuals upon release. I will be in contact with you in regards to housing. We will Make sure that you are housed appropriately

continue on back if necessary

Staff signature:          Date: 2/19/21

he Intends to Pass the responsibility of Discharge to Probation
J. Crisph

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09

Copies Made

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst

Housing unit: Cell-49 North Block-2

Date: 2/13/2021

Submitted to: Re-Entry Counselor: Domijan

Request: I need you to check on" a (D.M.H.S. Department of Mental Health & Addiction Services - Packet) For "Referral" to (D.M.H.S) this was Done around (August of 2020) with my then "Caseworker Jennifer" who had me Sign the referral so she can submitt it. "I am asking for Written Confirmation" that this (D.M.H.S - Packet) (was in Fact sent out) to (D.M.H.S) and to "Communicate" with (D.M.H.S) to find if they Recieved the (D.M.H.S - Referral Packet) and Processed it and who Processed it?) And if there has been any Fallout in the Process of the (D.M.H.S. referral - Packet) I would like to Refile as soon as possible and this time (I

*continue on back if necessary*

~~Previous action taken:~~ want a "Copy Given to me after All necessary Individual's sign) the (D.M.H.A.S - Referral Packet) before it's out to the (Department of mental Health & Addiction services) So if they claim again that they did not recieve it I can Contact the necessary Parties in their Department and Present them with the filed Copy by certified mail & Request they address the matter.)

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:
Please contact the Mental Health Dept. in ~~order~~ regards to these concerns.

*continue on back if necessary*

Staff signature:

Date: 2/19/21

(Exhibit — K)

Consist of (#4 – Four – Inmate Request form's)
Concerning treatment & Discharge.

1) This (I/m Request Form) is Dated (1/26/21) and
Was answered on (1/29/21) by (Supervising Psychologist).

2) This (I/m Request form) is Dated (2/4/21) and
answered on (2/16/21) but Recieved on (2/11/21)
by Supervising Psychologist.

3) This (I/m Request Form) is dated (2/6/21) and
answered on (2/16/21) but was Recieved on (2/11/21)

4) This (I/m Request Form) is dated (2/9/21) and
answered on (2/11/2021) by supervising Psychologist

c/c
made

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Josseam Crispin

Inmate number: 339978

Facility/Unit: Cheshire, C.I.

Housing unit: Cell-535 NB-5

Date: 1/26/2021

Submitted to: Doctor's Cruz

Request: I made a settlement agreement on a lawsuit against (D.O.C) with the state (Assistant Attorney General) part of this settlement Include's ① to be assigned a (mental Health Discharge Planner: Mike sussel) of Garner, Corr, Inst, ② my Discharge Planning would start the moment I sign the settlement ③ This was done do to (my serious mental Illnesses) to (Insure) I Receive housing & Mental Health treatment that will be put in place before Discharge. ④ I am to be put on the (multi-Agency Re-entry Advisory Group/M.A.R.A.G.) list. my Issue is At the moment & for the last (4-months) nothing towards preparing for my Discharge is being done & I'm completely clueless of what's Happening or being done & no one is meeting with me to be able too and I have no Notification if I was even ever Placed on the (multi-Agency Re-entry Advisory Group/M.A.R.A.G) list at all can you Please address this and write me letting know if you fixed it continue on back if necessary

Previous action taken: (C.C.) sent Warden: Walker, Deputy Warden Nunes, Mental Health Doctor: Cruz, Re-entry Counselor: Domijan.
All parties have been & are being addressed as this is Both a Mental Health matter as much as a custody matter Please work together to get thing back on track as I was being seen once a month by (Mike Sussel) & now no one is seeing me For Discharge Planning. continue on back if necessary

Acted on by (print name): K. Wolf craig PhD, supervising psychologist  Title: Mental Health Unit

Action taken and/or response:

JAN 29 2021
Received

MR. Sussal can speak to the discharge planning concerns. you will be seen by mental health regularly now that you're back at CCI.

JAN 29 2021

MH Level: 3
Clinician: JV

Inmate Recieved on 2/16/2021 J.C.

continue on back if necessary

Staff signature: Kelly Wolf Craig PhD

Date: 1/27/2021

*(C.C. sent to D.O.C. Commissioner Angel Quiros)*

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: Cheshire Corr. Inst.

Housing unit: NB-2 Cell-49

Date: 2/4/2021

Submitted to: Re-Entry Counselor: Domi Jan

Request: We talked today about my concern's with Discharge. ① is my mental Health treatment, because after so long of being in Prison mentally adjusting to the world will be extremely (difficult) (mentally) (emotionally) and (Physically) and will Place the community in Danger to release me without a (slowly Integrating In to the community through the use of (Mental Health residential Group Home living) to help me slowly Integrate me into the community Prior to my end of sentence because more than Half my sentence has been spent in (Isolated Confinement) and (I know myself) and (I know I can't just be Released) to the community with the mental state of mind I'm In) because it will Place (my life & safety in Danger) as well as the (lives and safety of the community in Danger).

② my last Incarceration of (one year) I was Released on (10/6/2017) without no (mental Health treatment) set up Prior to my Release to Properly help me (Integrate into the community (within a month I begin to Decompensate mentally) because (I ran out of medication) and the waiting list to See a (Prescriber/Doctor) was (6-month's) backed up as well as Intake appointment's) because of this (I had no treatment options) or (Help) (I ended Homeless living In the woods) In a make shift tent in the middle of winter Robbing & stealing just to Feed myself and Survive while at the same time going in and out of Schizophrenic-Psychosis) within a month Probation officer Filed For a warrant For Re-Arrest For Non None Compliance with mental Health treatment not understanding I was completely mentally gone and Had no control over my ↓ **continue on back if necessary**

~~Previous Section taken~~ mental Facilities this can never happen again and is why I am pushing for a proper Discharge because this is extremely Important.

③ To avoid looking at life in Prison as I was Facing with this Past ~~sentence~~ Charge, I kept and is my safety and the communities safety. I am asking to be (sent/admitted) to (whiting Forensic Hospital) Prior to my end of sentence For (Discharge Planning, mental treatment, housing, and slow Integration into the community) because anything else @ short of is to Place my life and safety in jeopardy as well as the Communities.  *and D.O.C. Commissioner*

(C.C.) Sent to the (warden) & (Deputy Warden's) & (mental Health) **continue on back if necessary** Doctor

Acted on by (print name): DR WOLF Craig

Title: Sup psychologist

Action taken and/or response: Mental Health Unit Received

FEB 16 2021

MR. Sussal is overseeing your discharge planning; I will see you next week to address ongoing mental health concerns.

MH Level: 3
Clinician: Kux

RECEIVED FEB 11 2021

**continue on back if necessary**

Staff signature: Kelly Wolf Craig PhD

Date: 2/16/2021

*C.C. For Mental Health Doctor's/Caseworker)*

(C.C. Sent to D.O.C. Commissioner: A. Quiros)

Note: I should not be punished For Seeking a proper Discharge & expressing my Serious Problem and Mental Illness or Put on a False Suicide Watch For doing so and Seeking Help.

# Inmate Request Form
CN 9601
REV 1/31/09

**Connecticut Department of Correction**

Note: (C.C.) Sent to Warden, Deputy Warden, Mental Health Staffing and (C.C. DeMijan)

Inmate name: Josean Crispin

Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst.

Housing unit: Cell-49 North Block-2

Date: 2/6/2021

Submitted to: Mental Health: Doctor's/my mental Health caseworker

Request: ① I having serious Concern's & trouble with my Discharge Planning & need to be (Slowly Integrate Into the Community) by being sent to (Whiting Forensic Hospital) Prior to my Discharge For mental Health treatment, Discharge Planning, housing assistance, and slow Integration into the Community For Both my life and safety and the Community ② more than Half my Incarceration of 4 year's has been spent in (solitary Confinement) & the "psychological effect's "From the (Physical & mental torture) I was subjected to has me developed in me a (Deeply routed Hatred and psychotic thought pattern that even scare's me) to think like this and (I Fear For the safety and life of the Community & myself) as I near my end of sentence because I Know "psychologically" and "emotionally" and "Physically" I am not O.K. I Feel I am

continue on back if necessary

Previous action taken: no longer Human as if my Soul is no longer mine and I have a battle Inside of me that is scaring the Hell out of me because I should not be thinking of mass murder or Hunting down and torturing & Killing everyone I Hold responsible For the Physical & psychological torture I was subjected too During all my time's in (solitary Confinement) D.O.C. has Init Initiated with thier Policies & and I'm asking For help before Discharge Which Includes mental Health Staffing assistence In the Process.

continue on back if necessary

Acted on by (print name): BRwolf Craig

Title: sup psychI

Mental Health Unit Received

Action taken and/or response:

you were seen 2/11/21, Mr. Sussal will be handling your discharge planning, and we will meet next week to address ongoing mental health concerns.

FEB 16 2021

MH Level: 3
Clinician: RWC

RECEIVE FEB 11 2021

continue on back if necessary

Staff signature: Nelly RWolfCraig PhD

Date: 2/16/21

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Josseau Crispin

Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst,

Housing unit: NorthBlock-2 Cell-49

Date: 2/9/2021

Submitted to: Mental Health Staffing / Doctor's

Request: I've spent the whole Day of (2/9/2021) try to speak with (Mental Health staff) "Both" (Correctional Officer's on the unit Called mental Health) & were Ignored, Then the (Unit manager also Called) and again my Atempts were Ignored on (med-pass) I then asked the (Nurse to Notify the ~~the~~ mental Health) and again my Atempts were Disregaurded. I was trying to speak with mental Health because I have spent over #24-Hour's Unable to sleep going through (mental Psychosis) it is now 10:30 Pm on (2/9/2021) and mental Health & has Ignored Deliberately to provide me any treat When I reach out and this can not Continue to happen if this

continue on back if necessary

~~Previous action taken:~~ Facility Can't Provide adequate then Please send me Some Where, Where I can Recieve adequate treat.
(C.C) Sent (Warden) (Deputy Warden's) (D.O.C - Commissioner and Health - Director)
(Written Detail Response Needed addressing the matter)

continue on back if necessary

Acted on by (print name): Wolf Craig, PhD

Title: SUP PSYCH I

Action taken and/or response: Request Forwarded to Mental Health Staff.

MR Crispin- we were managing several crises that arose throughout the day. We met on 2/10/2021.

continue on back if necessary

Staff signature: Nancy Swaggrace PhD

Date: 2/11/2021

$$\left( Exhibit - L \right)$$

This exhibit Consist of (#4-Page's)

1) A A (I/m-Request Form) dated (2/13/21) and answered On (2/19/21) by (DisCharge Counselor: Domijan) stating and I quote "we will Figure out appropriate housing for you upon your release. I will be in Contact with you"

(This Exhibit Proves that (D.O.C.) Intend's to do nothing for Discharge Planning and Intend's to pass their Responsibility to Probation who are not Doctor's and clearly Show's they Don't want to Comply with the Settlement agreement.)

2) Because of Discharge Planner: Domijan Response to my (I/m Request Form) attached to this exhibit. I was forced to file a Grievance to Gain Compliance with the settlement See: "Level-One Grievance a Double Sided Document" "Plus" a One-Page Attachment to this Grievance

"4-Pages" exhibit

(marked X)

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978        Housing: Cell-49

---

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

(Attempt Made): by (Inmate Request Form) dated (2/13/2021) to ⑧ (Counselor: Domi Jan Re-entry Counselor.)

(Grievancing issue is my Discharge Planning):

(Point of Arguement One)
I have expressed that I have (serious mental Health Issues) that have been made "worse" by the time's I've spent in ~~the~~ (Solitary Confinement) and (From Past experience these effects have affected my life For years up years before I could Function mentally) and (because of these same mental Issues I have asked), The (Re-Entry Counselor: Domi Jan) to work with mental Health Staffing to Set up (Mental Health Residential Treatment) Not a Community Release" as is being Pushed up on me against my Will because (I not only Fear For my Safety but For the Safety of the Community" as Well if Release in the (Psychological mess of a state of mind I am In).

(Point of Arguement Two)
When it Comes to Discharge it is (both) the (Re-Entry Counselor: Domi Jan and Mental Health Staffing's Responsibilities to work together. (Instead Both Re-Entry Counselor and mental Health keep Giving the Run around and not Provide with any Written Discharge Plan that explains How and When and Where they Intend to plan my Discharge.)

(Point of Arguement Three)
For Placement" into (Residential Mental Health treatment) it (takes months up on months of waiting For a bed to open up) and with the pandemic It will take even longer Which is why I Attempting to ~~Facate~~ address this now Because to be sent to (mental Health Residential treatment) a Referral has to be made by The Supervising : Psychologist and signed by the Warden and Submitted to the Prison Commissioner to approve and sign? by Filing a Referral. (Literly Show that this a Custody Matter and mental Health equdlly.) I Know the Process because I had it Done in the Past under Same Circumstances as I now (Continue on next Page Attached) Requested.

Inmate signature: Jossean Crispin          Date: 2/19/2021

- For all remedies except health services, deposit this form in the **Administrative Remedies box**.
- For a health services issue, deposit this form in the **Health Services box**.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason:

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|

| Signature: | Date: |
|---|---|

Attachment to Level 3 Grievance

(marked X)   (Name: Jossean Crispin)   (Date: 2/19/2021)

(Point of Arguement Four)

There is no mental Health Block or Unit or Inpatient treatment available Here.

(Point of Arguement Five)

I suffer From (Schizophrenia) and have a (long History of self harm), (P.T.S.D.), a (long History of overdose) and (Brain Damage) and have spent over half my Prison time in (Solitary Confinement) In one Form or another and (have spent most of my Prison time In and out of Inpatient suicide watch of which is to me "10-worse" then solitary confinement) and am a (Psychological mess) (I go in and out of Audio-Visual Hallucination because Schizophrenia cannot be Fix or Cured only managed & seeing my casework For Few minutes every other week then rushed out is not treatment) my sleeping Pattern's are erradic even my mood's are erradic, my Hygiene pattern's are erradic I have been going through these Issues for year's in (D.O.C.) Which is why I am begging the (Department of Correction) to send me to (whiting Brensic Hospital) or any other Residential mental Health facility That Provides the treatment (D.O.C.) has been unable to provide because I have expressed All these ISSUES to the (Re-Entry Planner) & (Mental Health) and No one has given any specific Detailed Response.

(TO Resolve): ① For Discharge Planner and Mental Health sit down with me and Develope in writting a Discharge Plan to Execute that will be signed by all necessary Individual's needed to execute the Discharge Plan that will outline How, when, where, I will be doing an Intake Interview to be Admitted Into a (Hospital/Residential mental Health treatment that will slowly Integrate me Into the Community safely and Provide case managemen Individual therapy to help deal with the traumatic Psychological effects of solitary Confinement and a Network of supportive treatment to help me function safely in the community. Any ISSUES Please come to me in person and help me rewrite my Complaint as A.O.D.

*Copies made*

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

(Re: Written Detail Reponse Need)

Inmate name: Jssean Crispin          Inmate number: 339978

Facility/Unit: Cheshire, Corr, Inst.    Housing unit: Cell-49 North Block-2    Date: 2/13/2021

Submitted to: Re-entry Counselor: Domijan ((Please Resolve this Problem)))

Request: I met with mental Health after Going through mental Distress For over 24-Hour's. During this meeting I discussed the Detail's Concerning my (Discharge preparation) and (the need for mental Health Residential treatment prior to being Discharged) so that (I can be slowly Integrated Into the Community) and (provided affordable housing assistances) and (A support Net-work of mental Health treatment) to (Include supervised living) and a (visiting nurse to help me remember to take medication) and (provide Psychotherapy) And (I am having Serious Concern's) on how my Discharge Preparation is Going because My (Caseworker Doctor: Wolfcreg) told the (D.O.C. - Mental Health Staffing & Doctors") have nothing -

*continue on back if necessary*

to do with this to Aid & assist in this type of Discharge" When in fact "(the Only Why this type of Discharge I'm Requesting is possible) is by Mental Health Doctor's" in (D.O.C.) filing the necessary Referral's to do so" because (they are the only one's with access to my mental Health Record's to do so") (because they are Confidential) You told me you spoke to (M.H. Doctor) to aid you but They are telling the Opposite "Why??"

*continue on back if necessary*

Acted on by (print name):          Title:

Action taken and/or response:

We will figure out appropriate housing for you upon your release. I will be in Contact with you.

*continue on back if necessary*

Staff signature:          Date: 2/19/21



( Exhibit - M )

( Consist of (#5-Five-Page's)

1) (I/m Request Form) dated : (1/25/2021) and answered on (1/29/21) by (Supervising Psychologist) forcing me to file a Grievance.

2) My Grievance is Double Sided making the filing 2-Pages, "Plus" one Page Attachment ("& Plus") 2-more Page's "one Identifying the Exhibit to the Grievance filing" and ("One of the Exhibit Itself of Page: 5 of 6 of A.D.-85)

( 5-Pages Altogether For this Exhibit )

The Grievance is dated : (2/17/21) and on mental Health Staffing

# CONFIDENTIAL
### (FOR OFFICIAL USE ONLY)

Inmate name: Jossean Crispin

Inmate number: 339978

Housing: Cell-49

| SECTION 4 | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. See Attached: my (Inmate Request Form Dated 1/25/2021) and Responded to by (K. Wolf Craig, PhD - Supervising Psychologist) on (1/29/21) and Recieved by me on (2/16/2021)

(Reason For Complaint):
1) Since I was admitted into (D.O.C.) I have been in and out of (In-Patient/suicide watch) treatment and shipped around From Facilities to Facilities because of (D.O.C) enabilities to manage and treat my mental Illnesses, and Instead Punished For it) and (mentally and Physically) through the use of (Isolated Confinement multiple Times) spending more then half my Incarceration of (4-years) in (Solitary Confinement) & the "Psychological Effect's" From the "Physical & mental Torture" I was subjected too has Developed in me a (Deeply severe Psychotic thought Pattern that even scare's me) (Because to think of "mass murder" and going on a "killing spree hunting down" and "Torturing & kill everyone" I hold Responsible For the Physical & Psychological Torture" I was subjected too while in" Solitary Confinement") and For my safety and the Communities safety (I can't be released to the community) (I need the necessary Treatment in (In-Patient mental Health Hospital/Residential Treatment) necessary. These Psychological effects are not Isolated to just a Psychotic thought Pattern but also Include an (erratic sleeping Pattern) that are (effecting my mental Health) and mood) and (extreme sensitivity to noise and movements) around me that (Trigger me) Into (P.T.S.D.) (Anxiety attack's) out the Blue together with my Illness of (Schizophrenia) trying Function normally has been Impossible,
2) To Release me to the community as is continuely said to me and written to me (by Definition of law both state & Federal laws and Constitutional Civil laws) after I've expressed & have put (mental Health) and (D.O.C.) on Notice ▓▓▓▓ severity of the situation is extreme,
And to Ignore these serious matter's and continueing to try and Release me to the community Is Malpractice, medical Malpractice, when Ive clearly outline the (Need) For Residential mental Health Treatment prior to Discharge) to get treatment and be slowly (Integrated to the Community From the Residential treatment.          (Continue on one Attachment)

Inmate signature: Jossean Crispin          Date: 2/17/2021

**For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.**

| SECTION 5 | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

Date Received:          IGP #:          T#:

Disposition:          Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.          ☐ This matter may be appealed to:

Signature:          Date:

(Attachment to Health Services Review)
(And this Attachment with be used on Grievance)

3) Please (note) When prisoners are released While receiving ongoing Treatment, "Prison's are obliged" to "arrange for continuing treatment after release", For a period of time reasonably necessary to allow the prisoner to obtain treatment himself, to avoid the denial or Interruption of treatment", to "refer to a agency or facility" And expect them to make these arrangment when the agency or facility itself is not a "mental Health" or "medical" (Qualified Professional) is "Denial of treatment," Deliberate Indifference to treatment need's" and "qualifies" as (Medical Malpractice even if it Involve mental Health treatment & not medical.) (And is done by D.O.C. Personnel).

(Problem With Discharge):

1) mental Health Staff like my last (caseworker: Gabriel), and (Docto? Lee), and (C.S.W. Scott), and my (New Caseworker: K. Wolf Craig) Keep telling me they have nothing to do with my Discharge Planning & they can't be more wrong see (Exhibit-A) A.D.8.5 Detailing mental Health responsiblities During Discharge of mental Health Prisoner's See Attached Titled "A.D-8.5, Mental Health services, See section (11) and (12) (A),(B),(C).   So Please Stop Referring me back to the Discharge Planner and lets All work together and sit down together and address these Issue's, And Provide me Detail's on whats being done.

(Type of Treatment I am Requesting) / (Discharge I AM Requesting)

1 For my "mental Health casework" and "me" and the "Discharge Planner" to sit down together and (Develope) in (writting a Discharge Plan) to "Execute" that will be signed by the necessary Individual's need to execute the Plan that will outline How, when, where I will be Conducting an (Intake Interview) to be ("admitted") Into a (Hospital/Residential mental Health treatment) that can and will provide and assist with Slow Integration to Community Safely, and provide and assist with affordable housing assistance, and Provide & assist with with Individual therapy to help with the traumatic and Psychological effect's of Solitary Confinement, Setting up visiting Nurse to help take medication's, and a Network of treatment to help me function Safely in the Community. (I AM INDICATING STATED ABOVE NEED'S BE MET TIMELY Any Issues Please Help me rewrite my Complaint in person A.D. For Remedy State's I can ask and must be provide because I have a Learning Disability.

Administrative
Grievance

(Exhibit - A)

This Exhibit Consist of Page: 5 of 6 of
Administrative Directive-85 (Mental Health Services)

| Directive Number 8.5 | Effective Date 12/30/2015 | Page 5 of 6 |
|---|---|---|
| Title | Mental Health Services | |

10. **Behavioral Observation Status**. For inmates who are using maladaptive behaviors, such as threatening self-harm without intent, or destroying property to avoid compliance with custody requirements such as housing or disciplinary actions, Behavioral Observation Status (BOS) shall be initiated. Behavioral Observation Status shall be utilized in areas other than an infirmary/hospital unit but shall be limited to housing areas in which custody staff routinely conduct 15 minute tours. Placement shall be completed by a qualified mental health professional.

11. **Transfer to the Department of Mental Health and Addiction Services (Whiting Forensic Division)**. All transfers between the Department of Correction and the Department of Mental Health and Addiction Services (Whiting Forensic Division) shall be in accordance with Attachment B, Memorandum of Agreement (Coordination of Treatment Services and Referrals).

12. **Discharge Planning and Continuity of Care**. The contracted health services provider shall integrate services as necessary with community providers at the time of admission, throughout incarceration and at discharge to facilitate the inmate's transition to the community.
    A. **Exchange of Information**. Exchange of information with community providers shall require written authorization from the inmate in accordance with Administrative Directive 4.4, Access to Inmate Information. Inmates with a medical or mental health score of 3 or greater shall be provided with a copy of Attachment A, Inter-Agency Patient Referral Report (W-10) upon discharge.
    B. **Planning**. Mental health staff shall discuss with the inmate plans for continuation of services in the community and provide assistance in aftercare treatment when indicated. An inmate may be referred to the Department of Mental Health and Addiction Services, facilities contracted by the Department of Correction, other state agencies, and/or private providers.
    C. **Medication for Inmates Being Discharged, or Placed on Community Supervision, Parole or Furlough**. A psychiatrist or APRN with psychiatric certification shall order, no less than a 14 day supply of all prescribed psychotropic medication to accompany an inmate upon discharge, community supervision, parole or furlough.

13. **Training**. Each direct contact employee shall be trained in recognizing potential or existing mental health emergencies. Training shall be conducted as follows:
    A. **Pre-Service Training**. A mental health curriculum shall be part of the training program for all new Department employees with direct inmate contact in accordance with Administrative Directive 2.7, Training and Staff Development.
    B. **In-Service Training**. An employee shall have access to professional development and staff development workshops as appropriate. Other training that meets the employee's level of professional responsibility shall be provided.

    All staff assigned to the Northern Correctional Institution and the Garner Correctional Institution shall be required to have eight (8) hours of training annually on mental health issues to be provided or coordinated by the Maloney Center for Training and Staff Development.

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jossean Crispin

Inmate number: 339978

Facility/Unit: Cheshire Corr. Inst.

Housing unit: cell-535 NB-5

Date: 1/25/2021

Submitted to: Mental Health/Caseworker: Gabie/Doctor: Crus

Request: I need to know if I'm on the (multi-Agency Re-entry Advisory Group/M.A.R.A.G.) List?

② I was meeting with (Discharge Planner: mike sussel) for (Discharge Planning) and I haven't seen anyone in over (4-months) by court order in a settlement. Why has all out the Blue this has stopped. And this was done do to (my serious mental Health Illnesses) to ("Insure") I Receive housing/mental Health treatment in place before Discharge "this's verry Important Please address it and Discuss it with the Warden: Walker, I wrote too as this is Both a mental Health & custody matter Please work together to get this matter addressed and my Discharge Planning Back On Track. ─────➤

continue on back if necessary

Previous action taken: as it is an order that the court placed on (D.O.C)

Mental Health Unit
Received

JAN 29 2021

MH Level: 5
Clinician: ✓

continue on back if necessary

Acted on by (print name): K. WOLF Craig, PhD

Title: supervising psychologist

Action taken and/or response:

Mr. Sussal can speak to your discharge-related questions/concerns.

Inmate on
Recieved @ 2/16/2021
"J.C."

continue on back if necessary

Staff signature: Kelly Sussel Craig PhD

Date: 1/29/21